# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Metropolitan Municipality of Lima<br>Jirón Conde de Superunda<br>141 Cercado de Lima, Perú,<br><br>Petitioner,<br><br>v.<br><br>Rutas de Lima S.A.C.<br>Panamericana Sur Km 19.65 s/n,<br>Av. El Derby No. 250, Piso 18 Villa El Salvador<br>Lima 42, Perú,<br><br>Respondent. | Civil Action No. |

## PETITION TO VACATE ARBITRAL AWARD (ORAL ARGUMENT REQUESTED)

Pursuant to section 10 of the Federal Arbitration Act ("FAA"), the Metropolitan Municipality of Lima (the "Municipality") hereby petitions and moves this Court for an order vacating an arbitral award (the "Award") that was rendered in favor of Rutas de Lima S.A.C ("Rutas") on May 11, 2020 by an arbitral tribunal constituted under the Concession Contract for the design, construction, improvement, conservation, and operation and exploitation of the "Vías Nuevas de Lima" Project in Lima, Peru signed by the Parties on January 9, 2013.

### PARTIES

1. Petitioner, the Municipality, is the administrative authority of the capital of the Republic of Peru, with a registered office at Jirón Conde de Superunda 141 Cercado de Lima, Perú.

2. Respondent Rutas is a company incorporated under the laws of the Republic of Peru, with registered office at Panamericana Sur Km 19.65 s/n, Av. El Derby No. 250, Piso 18 Villa El Salvador Lima 42, Perú.

## JURISDICTION AND VENUE

3. The Award falls under the provisions of Section 202 of the FAA because it arises out of a commercial legal relationship that is not between citizens of the United States. 9 U.S.C. § 202. This Court has original jurisdiction over the petition to vacate the Award, which "arise[s] under the laws and treaties of the United States" under Section 203 of the FAA. 9 U.S.C. § 203.

4. Venue is proper in the United States District Court for the District of Columbia because the underlying arbitration was seated, and the Award was issued in, the District of Columbia. 9 U.S. C. §§ 9-10.

## GROUNDS FOR VACATING THE AWARD

4. This petition is brought as a predicate for a formal motion to vacate to be made and heard by the Court pursuant to 9 U.S.C. § 6. *See* 9 U.S.C. § 6 ("Any application to the court hereunder shall be made and heard in the manner provided by law for the making and hearing of motions, except as otherwise herein expressly provided.").

5. Chapter 1 of Title 9 of the U.S. Code provides the statutory grounds for vacatur of an arbitral award. Specifically, pursuant to 9 U.S.C. § 10, an award may be vacated for: (1) corruption, fraud, or undue means; (2) evident partiality or arbitrator corruption; (3) arbitrator misbehavior that prejudiced a party's rights; or (4) excess of authority. 9 U.S.C. § 10.

6. An arbitration award may also be vacated if it is contrary to an "explicit public policy." *LaPrade v. Kidder, Peabody & Co.*, 246 F.3d 702, 706 (D.C. Cir. 2001).

7. The Award here should be vacated pursuant to 9 U.S.C. § 10(a)(1) because the award was procured due to corruption, fraud, or undue means, and on grounds that it is contrary to public policy.

8. The Municipality's petition for an order vacating the Award in its entirety is based on the accompanying memorandum of points and authorities and the supporting exhibits filed contemporaneously herewith, and upon such other and further evidence or argument as may be presented hereafter and/or at any hearing upon this motion.

9. Pursuant to Local Rule 7(f), the Municipality requests oral argument.

Dated: August 7, 2020

Respectfully submitted,

THE METROPOLITAN MUNICIPALITY OF LIMA

By its attorneys,
/s/ Andrew B. Loewenstein
Andrew B. Loewenstein (D.D.C. Bar No. MA0018)
Christopher Modlish (*pro hac vice to be submitted*)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000
aloewenstein@foleyhoag.com
cmodlish@foleyhoag.com

Shrutih Tewarie (*pro hac vice to be submitted*)
José M. Garcia Rebolledo (*pro hac vice to be submitted*)
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York, NY 10019
Tel: 646-927-5500
Fax: 646-927-5599
stewarie@foleyhoag.com
jrebolledo@foleyhoag.com