**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Metropolitan Municipality of Lima, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 20-CV-02155 (KBJ) |
| *Petitioner and Cross-Respondent*, |  |  |
| v. |  |  |
| Rutas de Lima S.A.C., |  |  |
| *Respondent and Cross-Movant*. |  |  |

**DECLARATION OF NICOLLE KOWNACKI IN SUPPORT OF**
**RUTAS DE LIMA S.A.C.'S CROSS-MOTION TO**
**CONFIRM THE ARBITRAL AWARD**

I, Nicolle Kownacki, hereby declare as follows:

I am an attorney with White & Case LLP, counsel for Respondent and Cross-Movant Rutas de Lima S.A.C. in the above-referenced matter.

I submit this declaration on behalf of Rutas de Lima S.A.C ("Rutas") in support of Rutas' Cross-Motion to Confirm the final award rendered by an arbitral tribunal on May 11, 2020, in an arbitration (the "Arbitration") between Rutas and the Metropolitan Municipality of Lima ("MML").

Attached as **Exhibit 1** to this declaration is a true and correct and duly-certified copy of relevant excerpts of the Concession Contract for design, construction, improvement, conservation, operation and exploitation of the "Vias Nuevas de Lima" Project signed between Rutas and MML on January 9, 2013, and an excerpted English translation thereof.

Attached as **Exhibit 2** to this declaration is a true and correct and duly-certified copy of the award rendered in the Arbitration on May 11, 2020 (the "Award"). A certified copy of the translation of the Award is set forth in MML's submission in support of its Motion to Vacate the Award. *See* ECF No. 1-3.

Attached as **Exhibit 3** to this declaration is a certified translation of paragraphs 398 and 435 of the Award. MML's translation of the Award (ECF No. 1-3), omits paragraph 398, which has resulted in the incorrect numbering of all subsequent paragraphs. For ease of reference, Rutas has adopted and referenced the numbered paragraphs of MML's English translation of the Award in its filings. Exhibit 3 also contains a translation of paragraph 435 of the Award (which is, therefore, paragraph 434 in MML's translation of the Award), because that paragraph was reproduced in Spanish (not English) in MML's translation of the Award. *See* ECF No. 1-3 at ¶ 434.

Attached as **Exhibit 4** to this declaration is a true and correct and duly-certified copy of the Rectification and Interpretation Decision rendered in the Arbitration on July 6, 2020, and a certified English translation thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 23, 2020                                            Respectfully submitted,

                                                                    /s/ Nicolle Kownacki