# Exhibit A

**Table 1: Monthly Damages and Interest Accrued Under the Award**

| | 1 | 2 | 3 | 4 | | 5 | | 6 | | 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Monthly Interest on Fixed Sum of Damages Under the Award[1] (Soles) | Monthly Sum of Damages Pursuant to Award Formula[2] (Soles) | Aggregated Prior Monthly Damages Pursuant to Award Formula to-Date (Soles) | Interest on Aggregated Prior Monthly Damages Pursuant to Award Formula to-Date[3] (Soles) | | Subtotal of Columns 1, 2, and 4 (Soles) | | Exchange Rate[4] | | Subtotal of Columns 1, 2, and 4 (USD) |
| Nov. 2019 (0.1934%)[5] | 419,231.25 | 7,673,143.25 | 0 | 0 | = | 8,092,374.50 | ÷ | 3.3981 | = | $2,381,440.95 |
| Dec. 2019 (0.1902%) | 412,365.42 | 8,136,418.81 | 6,502,663.77 | 12,367.52 | = | 8,561,151.76 | ÷ | 3.3090 | = | $2,587,232.32 |
| Jan. 2020 (0.1888%) | 409,420.34 | 8,593,407.94 | 13,397,933.95 | 25,299.77 | = | 9,028,128.05 | ÷ | 3.3754 | = | $2,674,683.90 |
| Feb. 2020 (0.1829%) | 396,628.22 | 8,311,991.21 | 20,680,483.05 | 37,831.50 | = | 8,746,450.93 | ÷ | 3.4522 | = | $2,533,587.55 |
| Mar. 2020 (0.1750%) | 379,319.10 | 5,394,695.29 | 27,724,543.40 | 48,504.09 | = | 5,822,518.47 | ÷ | 3.4326 | = | $1,696,241.47 |
| Apr. 2020 (0.1626%) | 352,632.69 | 2,253,134.92 | 32,296,319.07 | 52,527.27 | = | 2,658,294.89 | ÷ | 3.3770 | = | $787,176.45 |
| May 2020 (0.1452%) | 314,798.35 | 868,048.64 | 34,205,755.44 | 49,663.91 | = | 1,232,510.90 | ÷ | 3.4292 | = | $359,416.45 |
| June 2020 (0.1244%) | 269,700.68 | 0 | 34,941,389.88 | 43,464.18 | = | 313,164.86 | ÷ | 3.5402 | = | $88,459.65 |
| July 2020 (0.1087%) | 235,750.96 | 6,945,696.57 | 34,941,389.88 | 37,992.94 | = | 7,219,440.46 | ÷ | 3.5270 | = | $2,046,906.85 |
| Aug. 2020 (0.1000%) | 216,707.31 | 6,899,379.10 | 40,827,573.42 | 40,807.16 | = | 7,156,893.56 | ÷ | 3.5434 | = | $2,019,781.44 |
| Sep. 2020 (0.0959%) | 208,016.61 | 6,928,892.92 | 46,674,504.86 | 44,780.30 | = | 7,181,689.83 | ÷ | 3.5977 | = | $1,996,189.18 |
| Oct. 2020 (0.0922%) | 199,922.16 | 7,727,390.17 | 52,546,448.01 | 48,452.20 | = | 7,975,764.53 | ÷ | 3.6128 | = | $2,207,640.76 |
| Nov. 2020 (0.0884%) | 191,574.75 | 7,708,512.25 | 59,095,083.74 | 52,215.43 | = | 7,952,302.43 | ÷ | 3.6054 | = | $2,205,664.40 |
| | | | | | | **Aggregate Total** | | | | $23,584,421.39 |

[1] This figure indicates the amount of post-Award interest that has accrued to the fixed sum of damages through October 31, 2019 (S/216,815,716) for each stated month, calculated at the legal interest rate published by the Central Reserve Bank of Peru ("CRBP") for each month. *See* Award ¶ 758, subpara. 2(b); Rectification Decision ¶ 59, subpara. 2(b).

[2] This figure indicates the damages accrued each month under the Formula specified in the Award ¶ 758, subpara. 1(c), and Rectification Decision ¶ 59, subpara. 1(c).

[3] This figure indicates the interest accrued in a given month for the sum-total of damages accrued in prior months under the Formula, calculated at the legal interest rate published by the CRBP for each month. *See* Award ¶ 758, subpara. 2(b); Rectification Decision ¶ 59, subpara. 2(b). In accordance with Peruvian law, interest is not compounded (that is to say, no additional interest is applied to the amounts of interest that were expressly awarded in the Award through October 31, 2019 (S/5,250,000), or that have subsequently accrued).

[4] The listed exchange rate represents the value of 1 U.S. Dollar in Peruvian soles at the end-of-period exchange rate published by the CRBP for each stated month.

[5] The listed percentage indicates the legal interest rate published by the CRBP for each stated month.

| Table 2: Damages & Interest in U.S. Dollars Accrued Under the Award Through November 30, 2020 | |
|---|---|
| Costs | $2,023,070.20 |
| Damages & Interest Through Oct. 31, 2019 | $66,339,761.01 |
| Table 1 Damages & Interest – Nov. 2019 | $2,381,440.95 |
| Table 1 Damages & Interest – Dec. 2019 | $2,587,232.32 |
| Table 1 Damages & Interest – Jan. 2020 | $2,674,683.90 |
| Table 1 Damages & Interest – Feb. 2020 | $2,533,587.55 |
| Table 1 Damages & Interest – Mar. 2020 | $1,696,241.47 |
| Table 1 Damages & Interest – Apr. 2020 | $787,176.45 |
| Table 1 Damages & Interest – May 2020 | $359,416.45 |
| Table 1 Damages & Interest – June 2020 | $88,459.65 |
| Table 1 Damages & Interest – July 2020 | $2,046,906.85 |
| Table 1 Damages & Interest – Aug. 2020 | $2,019,781.44 |
| Table 1 Damages & Interest – Sept. 2020 | $1,996,189.18 |
| Table 1 Damages & Interest – Oct. 2020 | $2,207,640.76 |
| Table 1 Damages & Interest – Nov. 2020 | $2,205,664.40 |
| **Total** | $91,947,252.60 |