UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Metropolitan Municipality of Lima, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 20-CV-02155 (FYP) |
| *Petitioner and Cross-Respondent*, | | |
| v. | | |
| Rutas de Lima S.A.C., | | |
| *Respondent and Cross-Movant*. | | |

**RUTAS DE LIMA S.A.C.'S MOTION FOR SECURITY**

Pursuant to Article 6 of the Inter-American Convention on International Commercial Litigation, Jan. 30, 1975, O.A.S.T.S. No. 42 (the "Panama Convention") and Article VI of the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 38 (the "New York Convention"), Respondent and Cross-Movant Rutas de Lima S.A.C. ("Rutas"), by and through its attorneys White & Case LLP, respectfully moves this Court for an order requiring Petitioner and Cross-Respondent Metropolitan Municipality of Lima ("MML") to post security for the duration of these proceedings in the amount of $116,900,000.00.

The basis for this Motion is set forth in the accompanying Memorandum of Points and Authorities. A proposed Order and Declaration by Nicolle Kownacki also have been filed in support of this Motion.

2

Dated: December 14, 2021                    Respectfully submitted,

/s/ *Jonathan Hamilton*
Jonathan C. Hamilton
Nicolle Kownacki
**WHITE & CASE**
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:     + 1 202 626 3600
Facsimile:      + 1 202 639 9355
jhamilton@whitecase.com
nkownacki@whitecase.com


David G. Hille
**WHITE & CASE**
1221 Avenue of the Americas
New York, New York 10020
Telephone:     + 1 212 819 8200
Facsimile:      + 1 212 354 8113
dhille@whitecase.com

*Counsel for Rutas de Lima S.A.C.*