# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Metropolitan Municipality of Lima, )<br>  )<br>            Petitioner, )<br>  )<br>      v. )<br>  )<br> Rutas de Lima S.A.C., )<br>  )<br>            Respondent. )<br>  ) | Civil Action No. 1:20-cv-02155-FYP |

## THE METROPOLITAN MUNICIPALITY OF LIMA'S STATUS REPORT REGARDING ITS EFFORTS TO SERVE RESPONDENT RUTAS DE LIMA S.A.C.

Pursuant to the Court's Order of August 10, 2020 (Dkt. # 4) (the "August 10 Order"), the Metropolitan Municipality of Lima (the "Municipality") hereby submits this status report regarding its efforts to serve its Petition to Vacate Arbitral Award (the "Petition") on Rutas de Lima S.A.C. ("Rutas") via the Inter-American Convention on Letters Rogatory and Additional Protocol (the "Inter-American Convention").

On August 7, 2020, the same day that it initiated the above-captioned case, the Municipality filed an emergency *ex parte* motion requesting an order (1) authorizing alternative service of process on Rutas of the Municipality's Petition pursuant to Federal Rule of Civil Procedure 4(f)(3) to ensure proper and timely service within the deadline for service set forth in Section 12 of the Federal Arbitration Act, to the extent it applies to the Petition; and (2) issuing a stay of the proceedings to allow the Municipality time to serve Rutas pursuant to the Inter-American Convention, so as to ensure that the courts of Peru will recognize any judgment of this Court. Dkt. # 3.

On August 10, 2020, the Court issued an order granting both of the Municipality's requests. Dkt. # 4.  Later that day, the Municipality served the Petition on Rutas via the alternative means set forth in the Court's order.  Dkt. # 5.  The Municipality promptly began the process of translating the Petition and accompanying memorandum, affidavits, and exhibits into Spanish and preparing the required forms to serve Rutas pursuant to the Inter-American Convention.  This included completing Forms USM-272 and USM-272A (Spanish translation), through which the Municipality's request for service of process must be made under the United States' implementation of the Inter-American Convention.

On September 17, 2020, the Municipality filed a motion for issuance of letters rogatory (the "Motion for Letters Rogatory") requesting that the Court sign and seal the completed Forms USM-272 and USM-272A, as required under the Inter-American Convention.  Dkt. # 6.  The Municipality filed three versions of Forms USM-272 and USM-272A in order to serve Rutas pursuant to the Inter-American Convention through Jaime Crosby Robinson, Rutas' general manager; Ives Becerra, Rutas' director of legal and contract administration; and attorney María del Carmen Tovar, who represented Rutas during the underlying arbitration.  *See id*.  The Municipality also served these individuals through the alternative means authorized by the Court's August 10 Order.  Dkt. # 5.

On November 16, 2021, the Court issued an order granting the Municipality's Motion for Letters Rogatory and requiring the Municipality to "file a Supplement to include copies of USM-272 and USM-272A forms delineating where the court signature and seal are needed" (the "November 16 Order").  Minute Order, Nov. 16, 2021.  The November 16 Order also partially lifted the stay to permit briefing of preliminary issues while the Municipality serves Rutas pursuant to the Inter-American Convention.  *Id.*

On November 23, 2021, the Municipality filed a supplemental memorandum that indicated where the Court's signature and seal were required on Forms USM-272 and USM-272A. Dkt. # 29. The Municipality also attached updated versions of the three copies of Forms USM-272 and USM-272A to reflect the reassignment of the matter to the Honorable Judge Pan, the revised docket number for the case, and the Court's November 16 Order partially lifting the stay in this matter. *Id.* On November 30, 2021, the Court entered three signed and sealed copies of Form USM-272 on the docket. Dkts. # 30–32.

Because the Court's seal is not visible on the docketed copies of Form USM-272, counsel for the Municipality needed to receive the original copies of the signed and sealed Forms USM-272 via mail before proceeding with service. After receiving the original copies of the signed and sealed Form USM-272, on December 17, 2021, counsel for the Municipality sent three service packages, including the original copies of Form USM-272, to ABC Legal Services via Federal Express. On December 21, 2021, ABC Legal Services communicated that they had received the service packages and would transmit them for service in Peru. On January 3, 2022, counsel for the Municipality contacted ABC Legal Services to confirm that the service packages had been transmitted. ABC Legal Services informed counsel for the Municipality that the packages had been inadvertently set aside over the holidays, but after counsel's prompting, confirmed onward transmission of the packages on January 7, 2022.

As of the filing of this status report, the Municipality's request for service of process remains pending.

Dated: April 1, 2022                     Respectfully submitted,

                                         THE METROPOLITAN MUNICIPALITY OF LIMA

                                         By its attorneys,
                                         /s/ *Andrew B. Loewenstein*
                                         Andrew B. Loewenstein (D.D.C. Bar No. MA0018)
                                         FOLEY HOAG LLP
                                         Seaport West
                                         155 Seaport Boulevard
                                         Boston, MA 02210-2600
                                         Tel: 617-832-1000
                                         Fax: 617-832-7000
                                         aloewenstein@foleyhoag.com
                                         nsmith@foleyhoag.com

                                         Nicholas Renzler (D.C. Bar No. 983359)
                                         Shrutih Tewarie (*pro hac vice to be submitted*)
                                         José Rebolledo (*pro hac vice to be submitted*)
                                         FOLEY HOAG LLP
                                         1301 Avenue of the Americas, 25th Floor
                                         New York, NY 10019
                                         Tel: 212-812-0400
                                         Fax: 212-812-0399
                                         nrenzler@foleyhoag.com
                                         stewarie@foleyhoag.com
                                         jrebolledo@foleyhoag.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 1, 2022.

                                              */s/ Andrew B. Loewenstein*
                                              Andrew B. Loewenstein