# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Metropolitan Municipality of Lima,<br><br>           Petitioner,<br><br>     v.<br><br>Rutas de Lima S.A.C.,<br><br>           Respondent. | Civil Action No. 1:20-cv-02155-FYP |

### THE METROPOLITAN MUNICIPALITY OF LIMA'S STATUS REPORT REGARDING ITS EFFORTS TO SERVE RESPONDENT RUTAS DE LIMA S.A.C.

Pursuant to the Court's Order of August 10, 2020 (Dkt. # 4) (the "August 10 Order"), the Metropolitan Municipality of Lima (the "Municipality") hereby submits this status report regarding its efforts to serve its Petition to Vacate Arbitral Award (the "Petition") on Rutas de Lima S.A.C. ("Rutas") via the Inter-American Convention on Letters Rogatory and Additional Protocol (the "Inter-American Convention").

On August 7, 2020, the same day that it initiated the above-captioned case, the Municipality filed an emergency *ex parte* motion requesting an order (1) authorizing alternative service of process on Rutas of the Municipality's Petition pursuant to Federal Rule of Civil Procedure 4(f)(3) to ensure proper and timely service within the deadline for service set forth in Section 12 of the Federal Arbitration Act, to the extent it applies to the Petition; and (2) issuing a stay of the proceedings to allow the Municipality time to serve Rutas pursuant to the Inter-American Convention, so as to ensure that the courts of Peru will recognize any judgment of this Court. Dkt. # 3.

On August 10, 2020, the Honorable Justice Ketanji Brown Jackson[1] issued an order authorizing alternative service of process on Rutas pursuant to Federal Rule of Civil Procedure 4(f)(3), and granting the Municipality's request for a stay to allow the "Municipality [to] effectuate[] service on Rutas de Lima pursuant to the Inter-American Convention on Letters Rogatory and Additional Protocol." Dkt. # 4.

Later that day, the Municipality served the Petition on Rutas via the alternative means set forth in the Court's order. Dkt. # 5. The Municipality promptly began the process of translating the Petition and accompanying memorandum, affidavits, and exhibits into Spanish and preparing the required forms to serve Rutas pursuant to the Inter-American Convention. This included completing Forms USM-272 and USM-272A (Spanish translation), through which the Municipality's request for service of process must be made under the United States' implementation of the Inter-American Convention.

On September 17, 2020, the Municipality filed a motion for issuance of letters rogatory (the "Motion for Letters Rogatory") requesting that the Court sign and seal the completed Forms USM-272 and USM-272A, as required under the Inter-American Convention. Dkt. # 6. The Municipality filed three versions of Forms USM-272 and USM-272A in order to serve Rutas pursuant to the Inter-American Convention through Jaime Crosby Robinson, Rutas' general manager; Ives Becerra, Rutas' director of legal and contract administration; and attorney María del Carmen Tovar, who represented Rutas during the underlying arbitration. *See id*. The Municipality also served these individuals through the alternative means authorized by the Court's August 10 Order. Dkt. # 5.

---

[1] Subsequent to the commencement of these proceedings, the Honorable Justice Jackson was first elevated to the U.S. Court of Appeals for the D.C. Circuit and then to the U.S. Supreme Court.

On November 16, 2021, the Honorable Judge Florence Y. Pan,[2] to whom this case was assigned upon the Honorable Justice Jackson's elevation to the U.S. Court of Appeals for the D.C. Circuit, issued an order granting the Municipality's Motion for Letters Rogatory and requiring the Municipality to "file a Supplement to include copies of USM-272 and USM-272A forms delineating where the court signature and seal are needed" (the "November 16 Order"). Minute Order, Nov. 16, 2021. The November 16 Order also partially lifted the stay, but only to permit briefing on preliminary issues while the Municipality serves Rutas pursuant to the Inter-American Convention. *Id.* The Honorable Judge Pan declined Rutas' request to lift the stay to allow briefing on the merits in light of the "risk" that Peruvian courts may not recognize an eventual judgment of this Court if the "the [Inter-American] [C]onvention wasn't honored." Dkt. # 36, at 4–5.

On November 23, 2021, the Municipality filed a supplemental memorandum that indicated where the Court's signature and seal were required on Forms USM-272 and USM-272A. Dkt. # 29. The Municipality also attached updated versions of the three copies of Forms USM-272 and USM-272A to reflect the reassignment of the matter to the Honorable Judge Pan, the revised docket number for the case, and the Court's November 16 Order partially lifting the stay in this matter. *Id.* On November 30, 2021, the Court entered three signed and sealed copies of Form USM-272 on the docket. Dkts. # 30–32.

Because the Court's seal is not visible on the docketed copies of Form USM-272, counsel for the Municipality needed to receive the original copies of the signed and sealed Forms USM-272 via mail before proceeding with service. After receiving the original copies of the signed and sealed Forms USM-272, on December 17, 2021, counsel for the Municipality sent three service

---

[2] Subsequent to the commencement of these proceedings, the Honorable Judge Pan was elevated to the Court of Appeals for the D.C. Circuit.

3

packages, including the original copies of Form USM-272, to ABC Legal Services ("ABC Legal"), the U.S. Department of Justice's contractor, via Federal Express ("FedEx"). On December 21, 2021, ABC Legal communicated that they had received the service packages and would transmit them for service in Peru. On January 3, 2022, counsel for the Municipality contacted ABC Legal to confirm that the service packages had been transmitted. ABC Legal informed counsel for the Municipality that the packages had been inadvertently set aside over the holidays, but after counsel's prompting, confirmed onward transmission of the packages on January 7, 2022.

On April 12, 2022, in response to a status report filed by the Municipality on April 1, 2022, updating the Court regarding the status of service under the Inter-American Convention pursuant to the August 10 Order, Rutas requested that the Court lift the stay and set a schedule for briefing on the merits ("Rutas' April 12 Filing"). Dkt. # 48. On April 29, 2022, in response to Rutas' April 12 Filing, the Court directed the parties to file a joint status report by May 6, 2022, that set forth their positions with respect to a briefing schedule. Minute Order, Apr. 29, 2022. While the Municipality was preparing a response to Rutas' August 12 Filing, representatives from ABC Legal contacted counsel for the Municipality regarding a shipping error that impacted the Municipality's service attempt. FedEx had informed ABC Legal that, although the Municipality's service packages had reached Peru, they had not been delivered to the Peruvian Central Authority. Dkt. # 49-1, at 3. FedEx told ABC Legal that the packages were abandoned after FedEx was unable to contact anyone at ABC Legal regarding their disposition. *Id.* Counsel for the Municipality made multiple calls to ABC Legal to ascertain what had transpired and where the service packages were located. This prompted ABC Legal to contact several different departments at FedEx, and ABC Legal learned that customs authorities in Peru were holding the packages because ABC Legal had erroneously listed the value of the packages on the shipping documents

as above a certain amount, which required ABC Legal to submit additional documentation before the packages could clear customs.  *Id.*  ABC Legal corrected its mistake and provided FedEx with the necessary paperwork so that the service packages could be delivered to the Peruvian Central Authority.  *Id.*

On May 6, 2022, pursuant to the Court's April 29, 2022 minute order, the parties filed a joint status report setting forth their respective positions concerning a briefing schedule.  Dkt. # 49.  In the joint status report, the Municipality informed the Court that ABC Legal had corrected its shipping error and requested, *inter alia*, that the Court continue the stay until the Municipality completed service of its Petition pursuant to the Inter-American Convention and that any briefing schedule account for the Court's resolution of the Municipality's pending motion for discovery.[3]  *Id.*  On May 9, 2022, upon review of the joint status report, the Court rejected Rutas' request to lift the stay and declined to set a briefing schedule, noting that "[s]etting a briefing schedule is premature because the appropriate schedule will depend upon the resolution of the Motion for Discovery."  Minute Order, May 9, 2022.

On May 24, 2022, FedEx informed ABC Legal that the service packages were delivered to the Peruvian Central Authority on May 19, 2022.  Dkt. # 50-1, at 3.  That same day, ABC Legal confirmed via e-mail with the Peruvian Central Authority that the Peruvian Central Authority had received the service packages.  *Id.*

On June 9, 2022, after the Municipality filed a status report updating the Court on these developments, Rutas filed a response to the Municipality's status report again requesting that the

---

[3] Pursuant to the Court's minute order of November 16, 2021, partially lifting the stay to allow briefing on preliminary issues, the Municipality filed its motion for discovery (the "Motion for Discovery").  Dkt. # 35.  The Motion for Discovery remains pending.

Court lift the stay and hold a status conference. Dkt. # 51. On June 10, 2022, the Honorable Judge Pan again denied Rutas' request because "[t]he case has been stayed pending service of process under the Inter-American Convention, and the Court discerns no reason to hold a status hearing at this time." Minute Order, June 10, 2022.

On September 15, 2022, Rutas informed the Court that it had received two of the Municipality's service packages at its offices in Peru on September 12, 2022. Dkt. # 53, at 2. Thereafter, counsel for the Municipality promptly contacted ABC Legal to verify whether service had been completed pursuant to the Inter-American Convention, which requires that "[t]he Central Authority of the State Party of destination"—here, the Peruvian Central Authority—"shall certify execution of the letter rogatory to the Central Authority of the State Party of origin"—here, ABC Legal—"on a form conforming to Form C of the Annex" to the Additional Protocol to the Inter-American Convention. *See* Additional Protocol to the Inter-American Convention on Letters Rogatory, art. 4. "In addition, the Central Authority of the State of destination shall return the letter rogatory and attached documents to the Central Authority of the State of origin for delivery to the judicial or other adjudicatory authority that issued it." *Id*. As of the date of this filing, ABC Legal has not received these documents from the Peruvian Central Authority. ABC Legal has stated it will inform counsel for the Municipality when it receives them, and counsel for the Municipality will promptly update the Court when that happens.

Dated: September 30, 2022             Respectfully submitted,

                                      THE METROPOLITAN MUNICIPALITY OF LIMA

                                      By its attorneys,
                                      /s/ *Andrew B. Loewenstein*
                                      Andrew B. Loewenstein (D.D.C. Bar No. MA0018)
                                      FOLEY HOAG LLP
                                      Seaport West
                                      155 Seaport Boulevard
                                      Boston, MA 02210-2600
                                      Tel: 617-832-1000
                                      Fax: 617-832-7000
                                      aloewenstein@foleyhoag.com
                                      nsmith@foleyhoag.com

                                      Nicholas Renzler (D.C. Bar No. 983359)
                                      Shrutih Tewarie (*pro hac vice to be submitted*)
                                      José Rebolledo (*pro hac vice to be submitted*)
                                      FOLEY HOAG LLP
                                      1301 Avenue of the Americas, 25th Floor
                                      New York, NY 10019
                                      Tel: 212-812-0400
                                      Fax: 212-812-0399
                                      nrenzler@foleyhoag.com
                                      stewarie@foleyhoag.com
                                      jrebolledo@foleyhoag.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 30, 2022.

                                              */s/ Andrew B. Loewenstein*
                                              Andrew B. Loewenstein