# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Metropolitan Municipality of Lima, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 1:20-cv-02155-ACR |
| Rutas de Lima S.A.C., ) | |
| Respondent. ) | |

**THE METROPOLITAN MUNICIPALITY OF LIMA'S STATUS REPORT REGARDING ITS EFFORTS TO SERVE RESPONDENT RUTAS DE LIMA S.A.C.**

Pursuant to the Court's Order of February 27, 2023, the Metropolitan Municipality of Lima (the "Municipality") hereby submits this status report regarding its efforts to serve its Petition to Vacate Arbitral Award (the "Petition") on Rutas de Lima S.A.C. ("Rutas") via the Inter-American Convention on Letters Rogatory and Additional Protocol (the "Inter-American Convention").

On March 1, 2023, the Municipality contacted ABC Legal Services ("ABC Legal"), the contractor for the U.S. Department of Justice tasked with transmitting service requests pursuant to the Inter-American Convention, and requested an additional update on the status of service on Rutas. The Municipality sent subsequent email and telephone queries to ABC Legal on March 2 and March 6. On March 6, ABC Legal informed the Municipality that it had not yet received the Peruvian Authority's certification of execution of the letters rogatory.[1] ABC Legal stated that it

---

[1] Article 4 of the Additional Protocol to the Inter-American Convention is entitled "Transmission and Processing of Letters Rogatory." It requires that "[t]he Central Authority of the State Party of destination"—here, the Peruvian Central Authority—must "certify execution of the letter rogatory to the Central Authority of the State Party of origin"—here, ABC Legal—"on a form conforming to Form C of the Annex."

would update the Municipality as soon as it received these certifications from the Peruvian Central Authority.

To provide the Court with relevant background on the Municipality's efforts to serve Rutas to date, the Municipality respectfully provides the below timeline:

### Timeline of the Municipality's Efforts to Serve Rutas

**August 7, 2020**. The Municipality initiates the above-captioned case and files an emergency *ex parte* motion requesting (1) an order authorizing alternative service on Rutas to ensure proper and timely service within the deadline for service of a petition to vacate an arbitral award set forth in the Federal Arbitration Act, 9 U.S.C. § 12; and (2) an order staying proceedings to permit the Municipality to serve Rutas pursuant to the Inter-American Convention and ensure that Peru, the home jurisdiction of both parties, will recognize the judgment of this Court.  Dkt. # 3.

**August 10, 2020**.  The Honorable Justice Ketanji Brown Jackson[2] authorizes alternative service of process on Rutas, and the Municipality serves Rutas via those alternative means.  Justice Jackson also grants the Municipality's request for a stay to allow the "Municipality [to] effectuate[] service on Rutas de Lima pursuant to the Inter-American Convention on Letters Rogatory and Additional Protocol."  Dkt. # 4.

**September 17, 2020**.  The Municipality files a motion for issuance of letters rogatory, including Spanish translations of the Petition and accompanying memorandum, affidavits, and exhibits, as well as required service forms, to serve Rutas pursuant to the Inter-American Convention.  Dkt. # 5.

**December 23, 2020**.  Despite the stay of proceedings, Rutas files an opposition to the Municipality's Petition and a cross-motion to confirm the arbitral award, as well as a motion to lift the stay.  Dkt. # 9-11.

**December 29, 2020**.  Justice Jackson issues a briefing schedule on Rutas' motion to lift the stay but confirms "[t]his matter remains stayed until further Order of this Court.  Minute Order, Dec. 29, 2020.

**June 29, 2021**.  Justice Jackson is elevated to the U.S. Court of Appeals for the D.C. Circuit.  The Municipality's motion for issuance of letters rogatory and Rutas' motion to lift the stay remain pending.

---

[2] Subsequent to the commencement of these proceedings, the Honorable Justice Jackson was first elevated to the U.S. Court of Appeals for the D.C. Circuit and then to the U.S. Supreme Court.

**October 1, 2021**.  The case is reassigned to the Honorable Judge Florence Y. Pan.[3]  The Municipality's motion for issuance of letters rogatory and Rutas' motion to lift the stay remain pending.

**November 16, 2021**.  At a hearing on Rutas' motion to stay, Judge Pan denies Rutas' request to lift the stay because of the "risk" that Peruvian courts may not recognize an eventual judgment of this Court if the "the [Inter-American] [C]onvention wasn't honored." Dkt. # 36, at 4-5, 22-23.  As a result, Judge Pan lifts the stay only "for the limited purpose of accepting briefing on preliminary issues"—namely, Rutas' motion for security and the Municipality's motion for discovery.  Minute Order, Nov. 16, 2021.  Judge Pan clarifies that the case remains stayed with respect to the merits, and the Court will not enter any "judgment until [the Municipality has] finished . . . service" under the Inter-American Convention.  Dkt. # 36, at 20; Minute Order, Nov. 16, 2021.  Judge Pan also grants the Municipality's motion for issuance of letters rogatory.  Minute Order, Nov. 16, 2021.

**November 30, 2021**.  The Court dockets signed and sealed copies of the requested letters rogatory. Dkt. # 30-32.  Because the Court's seal is not visible on the docketed copies, the Municipality must wait to receive the original signed and sealed copies via mail before proceeding with service.

**December 17, 2021**.  The Municipality sends three service packages to ABC Legal through Federal Express ("FedEx").

**December 21, 2021**.  ABC Legal confirms receipt of the service packages.

**January 3, 2022**.  The Municipality requests that ABC Legal confirm that the service packages have been transmitted to Peru.  ABC Legal informs the Municipality that the service packages were inadvertently set aside over the holidays.

**January 7, 2022**.  The Municipality again follows up with ABC Legal.  After further prompting by the Municipality, ABC Legal confirms the service packages have been transmitted to Peru.

**January 31, 2022**.  Judge Pan denies Rutas' motion for security.  Dkt. # 44.  The Municipality's motion for discovery remains pending.

**April 12, 2022**.  Rutas again requests that the Court lift the stay and set a schedule for briefing on the merits.  Dkt. # 48.

**April 29, 2022**.  In response to Rutas' request, Judge Pan directs the parties to file a joint status report setting forth a briefing schedule for the cross-petitions.

**May 6, 2022**.  The Municipality, in preparing its portion of the joint status report, informs the Court that it has learned for the first time from ABC Legal that ABC Legal's shipping error has impacted the Municipality's service attempt.  According to ABC Legal, FedEx informed ABC

---

[3] After the reassignment of this case, the Honorable Judge Pan was elevated to the Court of Appeals for the D.C. Circuit.

Legal that, although the Municipality's service packages had reached Peru, they had not been delivered to the Peruvian Central Authority and FedEx deemed the packages abandoned after being unable to contact anyone at ABC Legal. Dkt. # 49-1, at 3. The Municipality presses ABC Legal for further answers, and ABC Legal informs the Municipality that the service packages were held at customs due to ABC Legal providing improper shipping documentation. ABC Legal is ultimately able to correct its mistake by providing updated documentation.

**May 9, 2022**. In response to the parties' joint status report, Judge Pan directs that "the case will remain stayed, and the Court will decline to set a briefing schedule at this time. Setting a briefing schedule is premature because the appropriate schedule will depend upon the resolution of [the Dkt. #] 35 Motion for Discovery." Minute Order, May 9, 2022.

**May 24, 2022**. FedEx informs ABC Legal that the service packages were delivered to the Peruvian Central Authority. Dkt. # 50-1, at 3. ABC Legal confirms with the Peruvian Central Authority that it has received the service packages. *Id.*

**June 9, 2022**. Rutas again requests that the Court lift the stay and hold a status hearing.

**June 10, 2022**. Judge Pan again denies Rutas' request to lift the stay and hold a status hearing, ordering that "[t]he case has been stayed pending service of process under the Inter-American Convention, and the Court deems no reason to hold a status hearing at this time." Minute Order, June 10, 2022.

**September 15, 2022**. Rutas represents to the Court that it received two of the Municipality's service packages at its offices in Peru on September 12, 2022. Dkt. # 53, at 2. The Municipality promptly contacts ABC Legal to inquire as to the status of service. ABC Legal informs the Municipality that it has not received certificates of execution of the letters rogatory as required under the Inter-American Convention. *See* Additional Protocol to the Inter-American Convention on Letters Rogatory, art. 4 (requiring "[t]he Central Authority of the State Party of destination"—here, the Peruvian Central Authority—to "certify execution of the letter rogatory" to "the Central Authority of the State Party of origin"—here, ABC Legal—on a specific form).

**September 19, 2022**. Judge Pan orders the parties to file a join status report regarding next steps for the litigation. The Municipality promptly reaches out to ABC Legal regarding the status of service. ABC Legal informs the Municipality it has not received certificates confirming execution of the letters rogatory from the Peruvian Central Authority.

**September 23, 2022**. Judge Pan is elevated to the U.S. Court of Appeals for the District of Columbia.

**October 3, 2022**. The parties file a joint status report containing their respective positions regarding next steps for the litigation.

**February 24, 2023**. The case is reassigned to the Honorable Ana C. Reyes.

**March 1-6, 2023**. The Municipality repeatedly reaches out to ABC Legal regarding the status of service. ABC Legal informs the Municipality that it has not received certificates confirming execution of the letters rogatory from the Peruvian Central Authority.

Dated: March 6, 2023                                Respectfully submitted,

                                                               THE METROPOLITAN MUNICIPALITY OF LIMA

                                                                By its attorneys,
/s/ *Andrew B. Loewenstein*
Andrew B. Loewenstein (D.D.C. Bar No. MA0018)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000
aloewenstein@foleyhoag.com
nsmith@foleyhoag.com

Nicholas Renzler (D.C. Bar No. 983359)
Shrutih Tewarie (*pro hac vice to be submitted*)
José Rebolledo (*pro hac vice to be submitted*)
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York, NY 10019
Tel: 212-812-0400
Fax: 212-812-0399
nrenzler@foleyhoag.com
stewarie@foleyhoag.com
jrebolledo@foleyhoag.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 6, 2023.

*/s/ Andrew B. Loewenstein*
Andrew B. Loewenstein