**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Metropolitan Municipality of Lima, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-02155-ACR |
| | ) |
| Rutas de Lima S.A.C., | ) |
| | ) |
| Respondent. | ) |
| | ) |

**THE METROPOLITAN MUNICIPALITY OF LIMA'S STATUS REPORT**
**REGARDING ITS EFFORTS TO SERVE RESPONDENT RUTAS DE LIMA S.A.C.**
**AND ABC LEGAL SERVICES' EFFORTS TO OBTAIN CERTIFICATES OF**
**EXECUTION FROM THE CENTRAL AUTHORITY**

The Metropolitan Municipality of Lima (the "Municipality") hereby provides the following status report on efforts to serve the Municipality's Petition to Vacate Arbitral Award (the "Petition") on Rutas de Lima S.A.C. ("Rutas") in accordance with the Inter-American Convention on Letters Rogatory and Additional Protocol.

ABC Legal Services ("ABC Legal") has informed counsel for the Municipality that: (1) on March 17, 2023 it received from the U.S. Department of State packages containing documents that pertain to efforts to serve Rutas; (2) the packages contain the certificates of execution; and (3) ABC Legal will ship the documents to counsel for the Municipality.

Dated: March 20, 2023

Respectfully submitted,

THE METROPOLITAN MUNICIPALITY OF LIMA

By its attorneys,
*/s/ Andrew B. Loewenstein*
Andrew B. Loewenstein (D.D.C. Bar No. MA0018)
FOLEY HOAG LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000
aloewenstein@foleyhoag.com

Nicholas Renzler (D.C. Bar No. 983359)
Shrutih Tewarie (*pro hac vice to be submitted*)
José Rebolledo (*pro hac vice to be submitted*)
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York, NY 10019
Tel: 212-812-0400
Fax: 212-812-0399
nrenzler@foleyhoag.com
stewarie@foleyhoag.com
jrebolledo@foleyhoag.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 20, 2023.

<u>*/s/ Andrew B. Loewenstein*</u>
Andrew B. Loewenstein