# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Metropolitan Municipality of Lima,<br><br>                Petitioner,<br><br>    v.<br><br>Rutas de Lima S.A.C.,<br><br>                Respondent. | Civil Action No. 1:20-cv-02155-ACR |

## STIPULATION CONCERNING ADMISSABILITY
## OF ARBITRAL AWARD OF DECEMBER 16, 2022

Petitioner Metropolitan Municipality of Lima (the "Municipality") and Respondent Rutas de Lima S.A.C. ("Rutas") (collectively, the "Parties"), by their respective counsel, hereby agree and stipulate as follows:

1. The arbitral award issued on December 16, 2022 (the "Arbitral Award") is admissible in these proceedings and may be added to the record by either or both Parties.

2. The Parties reserve all arguments concerning the relevance and probative value of the Arbitral Award to the issues raised by the Municipality's Petition to Vacate Arbitral Award, the Municipality's Motion for Discovery, and Rutas' Cross-Motion to Confirm Arbitral Award and may address those arguments in their briefing.

Dated: April 5, 2023

Respectfully submitted:

| | |
|---|---|
| */s/ Andrew B. Loewenstein* | */s/ David G. Hille* |
| Andrew B. Loewenstein | David G. Hille |
| (D.D.C. Bar No. MA0018) | WHITE & CASE LLP |
| FOLEY HOAG LLP | 1221 Avenue of The Americas |
| Seaport West | New York, NY 10020 |
| 155 Seaport Boulevard | Tel: 212-819-8357 |
| Boston, MA 02210-2600 | Fax: 212 354 8113 |
| Tel: 617-832-1000 | Dhille@whitecase.com |
| Fax: 617-832-7000 | |
| aloewenstein@foleyhoag.com | *Counsel for Rutas de Lima S.A.C.* |
| | |
| *Counsel for the Metropolitan Municipality of Lima* | |

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 5, 2023.

                                              */s/ Andrew B. Loewenstein*
                                              Andrew B. Loewenstein