# Annex A

## Table 1. Monthly Damages and Interest in U.S. Dollars Accrued Under the First Award

| | 1 | 2 | 3 | 4 | | 5 | | 6 | | 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Monthly Interest on Fixed Sum of Damages Under the Award[1] | Monthly Sum of Damages Pursuant to Award Formula[2] | Aggregated Prior Monthly Damages Pursuant to Award Formula to-Date | Interest on Aggregated Prior Monthly Damages Pursuant to Award Formula to-Date[3] | | Subtotal of Columns 1, 2, and 4 | - | Exchange Rate[4] | | Subtotal of Columns 1, 2, and 4 |
| | (Soles) | (Soles) | (Soles) | (Soles) | | (Soles) | | | | (USD) |
| Nov. 2019 (0.1879%)[5] | 407,324.54 | 7,673,143.25 | - | - | = | 8,080,467.79 | ÷ | 3.3981 | = | $2,377,937.02 |
| Dec. 2019 (0.1820%) | 394,660.46 | 8,136,418.81 | 6,502,663.77 | 11,836.52 | = | 8,542,915.79 | ÷ | 3.3090 | = | $2,581,721.30 |
| Jan. 2020 (0.1789%) | 387,843.81 | 8,593,407.94 | 13,397,933.95 | 23,966.46 | = | 9,005,218.22 | ÷ | 3.3754 | = | $2,667,896.61 |
| Feb. 2020 (0.1775%) | 384,837.69 | 8,311,991.21 | 20,680,483.05 | 36,706.88 | = | 8,733,535.78 | ÷ | 3.4522 | = | $2,529,846.41 |
| Mar. 2020 (0.1741%) | 377,518.25 | 5,394,695.29 | 27,724,543.40 | 48,273.81 | = | 5,820,487.35 | ÷ | 3.4326 | = | $1,695,649.76 |
| Apr. 2020 (0.1619%) | 351,074.88 | 2,253,134.92 | 32,296,319.07 | 52,295.22 | = | 2,656,505.03 | ÷ | 3.3770 | = | $786,646.44 |
| May 2020 (0.1446%) | 313,555.25 | 868,048.64 | 34,205,755.44 | 49,467.79 | = | 1,231,071.68 | ÷ | 3.4292 | = | $358,996.76 |
| June 2020 (0.1240%) | 268,786.80 | - | 34,941,389.88 | 43,316.90 | = | 312,103.70 | ÷ | 3.5402 | = | $88,159.91 |
| July 2020 (0.1084%) | 235,051.84 | 6,945,696.57 | 34,941,389.88 | 37,880.27 | = | 7,218,628.68 | ÷ | 3.5270 | = | $2,046,676.69 |
| Aug. 2020 (0.0997%) | 216,116.19 | 6,899,379.10 | 40,827,573.42 | 40,695.85 | = | 7,156,191.13 | ÷ | 3.5434 | = | $2,019,583.21 |
| Sep. 2020 (0.0957%) | 207,471.78 | 6,928,892.92 | 46,674,504.86 | 44,663.01 | = | 7,181,027.72 | ÷ | 3.5977 | = | $1,996,005.15 |
| Oct. 2020 (0.0920%) | 199,418.76 | 7,727,390.17 | 52,546,448.01 | 48,330.20 | = | 7,975,139.14 | ÷ | 3.6128 | = | $2,207,467.65 |

---

[1] This figure indicates the amount of post-Award interest that has accrued to the fixed sum of damages through October 31, 2019 (S/216,815,716) for each stated month, based upon the legal interest rate published by the Central Reserve Bank of Peru ("CRBP"). *See* First Award ¶ 758, subpara. 2(b); Rectification Decision ¶ 59, subpara. 2(b).  The interest rate applied is an average of the two methods proposed by the parties for arriving at a monthly rate.  *See* Dkt. 113, 114, 115, 116.

[2] This figure indicates the damages accrued each month under the Formula specified in the First Award ¶ 758, subpara. 1(c), and Rectification Decision ¶ 59, subpara. 1(c), inclusive of VAT.

[3] This figure indicates the interest accrued in a given month for the sum-total of damages accrued in prior months under the Formula, calculated at the interest rate agreed by the parties. *See* First Award ¶ 758, subpara. 2(b); Rectification Decision ¶ 59, subpara. 2(b); Dkt 113, 114, 115, 116.  In accordance with Peruvian law, interest is not compounded (that is to say, no additional interest is applied to the amounts of interest that were expressly awarded in the First Award through October 31, 2019 (S/5,250,000), or that have subsequently accrued).

[4] The listed exchange rate represents the value of 1 U.S. Dollar in Peruvian soles at the end-of-period exchange rate published by the CRBP for each stated month.

[5] The listed percentage indicates the legal interest rate published by the CRBP for each stated month.

| Month | Col2 | Col3 | Col4 | Col5 | | Col7 | | Col9 | | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov. 2020 (0.0881%) | 191,112.38 | 7,708,512.25 | 59,095,083.74 | 52,089.41 | = | 7,951,714.04 | ÷ | 3.6054 | = | $2,205,501.20 |
| Dec. 2020 (0.0840%) | 182,066.89 | 8,001,027.84 | 65,627,721.24 | 55,109.63 | = | 8,238,204.36 | ÷ | 3.6181 | = | $2,276,942.14 |
| Jan. 2021 (0.0792%) | 171,742.08 | 7,918,481.07 | 72,408,253.31 | 57,355.36 | = | 8,147,578.51 | ÷ | 3.6362 | = | $2,240,684.92 |
| Feb. 2021 (0.0760%) | 164,779.42 | 6,126,006.36 | 79,118,830.49 | 60,130.12 | = | 6,350,915.90 | ÷ | 3.6492 | = | $1,740,358.41 |
| Mar. 2021 (0.0742%) | 160,820.77 | 7,582,544.87 | 84,310,361.31 | 62,536.32 | = | 7,805,901.96 | ÷ | 3.7539 | = | $2,079,411.27 |
| Apr. 2021 (0.0741%) | 160,730.79 | 7,182,157.93 | 90,736,246.79 | 67,265.00 | = | 7,410,153.72 | ÷ | 3.7854 | = | $1,957,561.61 |
| May. 2021 (0.0717%) | 155,493.97 | 7,733,445.45 | 96,822,821.30 | 69,438.53 | = | 7,958,377.95 | ÷ | 3.8263 | = | $2,079,914.79 |
| Jun. 2021 (0.0681%) | 147,700.44 | 7,644,136.43 | 103,376,588.64 | 70,422.79 | = | 7,862,259.66 | ÷ | 3.8495 | = | $2,042,410.61 |
| Jul. 2021 (0.0654%) | 141,849.78 | 8,107,011.12 | 109,854,670.36 | 71,871.46 | = | 8,320,732.36 | ÷ | 4.0492 | = | $2,054,907.72 |
| Aug. 2021 (0.0635%) | 137,654.79 | 8,406,499.74 | 116,725,018.77 | 74,107.90 | = | 8,618,262.43 | ÷ | 4.0848 | = | $2,109,837.06 |
| Sep. 2021 (0.0649%) | 140,733.56 | 8,171,025.43 | 123,849,171.09 | 80,389.63 | = | 8,392,148.62 | ÷ | 4.1336 | = | $2,030,227.55 |
| Oct. 2021 (0.0682%) | 147,826.44 | 8,590,985.97 | 130,773,768.91 | 89,162.45 | = | 8,827,974.87 | ÷ | 3.9896 | = | $2,212,746.86 |
| Nov. 2021 (0.0763%) | 165,463.14 | 8,399,084.66 | 138,054,265.50 | 105,356.26 | = | 8,669,904.06 | ÷ | 4.0632 | = | $2,133,762.57 |
| Dec. 2021 (0.0859%) | 186,239.22 | 8,845,276.15 | 145,172,133.86 | 124,699.19 | = | 9,156,214.57 | ÷ | 3.9829 | = | $2,298,881.36 |
| Jan. 2022 (0.0932%) | 202,133.25 | 8,894,110.09 | 152,668,130.60 | 142,329.65 | = | 9,238,572.98 | ÷ | 3.8413 | = | $2,405,064.17 |
| Feb. 2022 (0.1087%) | 235,662.52 | 8,496,357.17 | 160,205,512.03 | 174,131.45 | = | 8,906,151.14 | ÷ | 3.7548 | = | $2,371,937.56 |
| Mar. 2022 (0.1218%) | 264,138.49 | 9,217,094.52 | 167,405,814.71 | 203,944.25 | = | 9,685,177.26 | ÷ | 3.6893 | = | $2,625,207.29 |
| Apr. 2022 (0.1307%) | 283,320.51 | 8,540,214.90 | 175,216,911.76 | 228,961.93 | = | 9,052,497.34 | ÷ | 3.8323 | = | $2,362,157.80 |
| May. 2022 (0.1537%) | 333,197.41 | 9,159,188.37 | 182,454,382.01 | 280,391.70 | = | 9,772,777.48 | ÷ | 3.7006 | = | $2,640,862.96 |
| Jun. 2022 (0.1727%) | 374,457.66 | 8,637,427.35 | 190,216,406.06 | 328,518.57 | = | 9,340,403.58 | ÷ | 3.8236 | = | $2,442,829.68 |
| Jul. 2022 (0.1898%) | 411,562.90 | 8,879,326.92 | 197,536,259.74 | 374,966.34 | = | 9,665,856.16 | ÷ | 3.9183 | = | $2,466,849.44 |
| Aug. 2022 (0.2049%) | 444,256.62 | 9,133,465.05 | 205,061,113.06 | 420,171.37 | = | 9,997,893.04 | ÷ | 3.8417 | = | $2,602,465.85 |
| Sep. 2022 (0.2164%) | 469,210.45 | 8,776,966.09 | 212,801,337.69 | 460,522.94 | = | 9,706,699.48 | ÷ | 3.9787 | = | $2,439,666.09 |
| Oct. 2022 (0.2281%) | 494,541.50 | 9,202,091.88 | 220,239,444.54 | 502,350.79 | = | 10,198,984.16 | ÷ | 3.9880 | = | $2,557,418.30 |
| Nov. 2022 (0.2422%) | 525,135.43 | 8,843,108.25 | 228,037,827.49 | 552,315.79 | = | 9,920,559.47 | ÷ | 3.8517 | = | $2,575,631.40 |
| Dec. 2022 (0.2459%) | 533,141.34 | 9,036,439.40 | 235,531,987.02 | 579,163.92 | = | 10,148,744.66 | ÷ | 3.8108 | = | $2,663,153.32 |
| Jan. 2023 (0.2620%) | 568,159.81 | 9,307,990.60 | 243,189,986.51 | 637,272.88 | = | 10,513,423.28 | ÷ | 3.8446 | = | $2,734,594.83 |
| Feb. 2023 (0.2746%) | 595,316.22 | 8,890,364.73 | 251,078,114.14 | 689,391.32 | = | 10,175,072.28 | ÷ | 3.8020 | = | $2,676,242.05 |
| Mar. 2023 (0.2843%) | 616,405.59 | 9,437,273.82 | 258,612,321.54 | 735,233.06 | = | 10,788,912.48 | ÷ | 3.7594 | = | $2,869,849.57 |
| Apr. 2023 (0.2962%) | 642,303.02 | 9,174,175.20 | 266,610,011.22 | 789,815.51 | = | 10,606,293.74 | ÷ | 3.7092 | = | $2,859,455.88 |
| May. 2023 (0.3070%) | 665,731.73 | 9,519,364.83 | 274,384,735.97 | 842,497.16 | = | 11,027,593.73 | ÷ | 3.6771 | = | $2,998,992.07 |
| Jun. 2023 (0.3107%) | 673,585.70 | 9,252,560.17 | 282,451,994.30 | 877,499.23 | = | 10,803,645.11 | ÷ | 3.6251 | = | $2,980,233.68 |
| Jul. 2023 (0.3194%) | 692,432.63 | 9,525,429.16 | 290,293,146.99 | 927,093.52 | = | 11,144,955.31 | ÷ | 3.6083 | = | $3,088,699.75 |
| Aug. 2023 (0.3225%) | 699,304.89 | 9,667,865.50 | 298,365,544.58 | 962,331.00 | = | 1,329,501.39 | ÷ | 3.6935 | = | $3,067,416.11 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sep. 2023 (0.3273%) | 709,691.01 | 9,336,510.38 | 306,558,650.94 | 1,003,441.64 | = | 11,049,643.02 | ÷ | 3.7898 | = | $2,915,626.95 |
| Oct. 2023 (0.3223%) | 698,843.22 | 9,725,647.19 | 314,470,947.87 | 1,013,606.83 | = | 11,438,097.24 | ÷ | 3.8349 | = | $2,982,632.47 |
| Nov. 2023 (0.3094%) | 670,920.50 | 9,510,387.78 | 322,713,021.76 | 998,612.02 | = | 11,179,920.29 | ÷ | 3.7345 | = | $2,993,685.98 |
| Dec. 2023 (0.2933%) | 636,025.83 | 9,953,998.12 | 330,772,672.41 | 970,316.94 | = | 11,560,340.89 | ÷ | 3.6934 | = | $3,129,999.70 |
| Jan. 2024 (0.2854%) | 618,807.49 | 9,065,585.83 | 339,208,264.05 | 968,124.54 | = | 10,652,517.85 | ÷ | 3.8012 | = | $2,802,409.20 |
| Feb. 2024 (0.2761%) | 598,644.97 | - | 346,890,963.90 | 957,792.80 | = | 1,556,437.77 | ÷ | 3.7783 | = | $411,941.29 |
| | | | | | | | | **Aggregate Total** | | **$119,484,758.35** |

3

| Table 2: Total Costs, Damages, & Interest in U.S. Dollars Accrued Under the First Award Through February 29, 2024 ||
|---|---|
| Costs | $2,023,070.20 |
| Damages & Interest Through Oct. 31, 2019 | $66,339,761.01 |
| Table 1 Total Damages & Interest – Nov. 2019 Through Feb. 2024 | $119,484,758.35 |
| **Total** | **$187,847,589.55** |

# Annex B

## Table 1. Damages and Monthly Interest in U.S. Dollars Accrued Under the Second Award

|  | 1<br>Damages Under the Award<br>*(Soles)* | - | 2<br>Monthly Interest on Fixed Sum of Damages Under the Award<br>*(Soles)* | - | 3<br>Subtotal of Columns 1 and 2<br>*(Soles)* | - | 4<br>Exchange Rate[1] | - | 5<br>Column 3 divided by column 2<br>*(USD)* |
|---|---|---|---|---|---|---|---|---|---|
| Mar. 2019 (0.2004%)[2] | 27,981,850.00 | + | 29,887.86 | = | 28,011,737.86 | ÷ | 3.3181 | = | $8,442,101.76 |
| Apr. 2019 (0.2054%) | - | + | 67,810.36 | = | 67,810.36 | ÷ | 3.3077 | = | $20,500.76 |
| May. 2019 (0.2058%) | - | + | 67,962.74 | = | 67,962.74 | ÷ | 3.3735 | = | $20,146.06 |
| Jun. 2019 (0.2065%) | - | + | 68,191.29 | = | 68,191.29 | ÷ | 3.2878 | = | $20,740.71 |
| Jul. 2019 (0.2043%) | - | + | 67,462.06 | = | 67,462.06 | ÷ | 3.3075 | = | $20,396.69 |
| Aug. 2019 (0.1995%) | - | + | 65,864.53 | = | 65,864.53 | ÷ | 3.3962 | = | $19,393.59 |
| Sep. 2019 (0.1923%) | - | + | 63,509.65 | = | 63,509.65 | ÷ | 3.3825 | = | $18,775.95 |
| Oct. 2019 (0.1892%) | - | + | 62,474.85 | = | 62,474.85 | ÷ | 3.3474 | = | $18,663.69 |
| Nov. 2019 (0.1879%) | - | + | 62,030.92 | = | 62,030.92 | ÷ | 3.3981 | = | $18,254.59 |
| Dec. 2019 (0.1820%) | - | + | 60,102.33 | = | 60,102.33 | ÷ | 3.3090 | = | $18,163.29 |
| Jan. 2020 (0.1789%) | - | + | 59,064.23 | = | 59,064.23 | ÷ | 3.3754 | = | $17,498.44 |
| Feb. 2020 (0.1775%) | - | + | 58,606.43 | = | 58,606.43 | ÷ | 3.4522 | = | $16,976.55 |
| Mar. 2020 (0.1741%) | - | + | 57,491.76 | = | 57,491.76 | ÷ | 3.4326 | = | $16,748.75 |
| Apr. 2020 (0.1619%) | - | + | 53,464.74 | = | 53,464.74 | ÷ | 3.3770 | = | $15,832.02 |
| May. 2020 (0.1446%) | - | + | 47,750.92 | = | 47,750.92 | ÷ | 3.4292 | = | $13,924.80 |
| Jun. 2020 (0.1240%) | - | + | 40,933.19 | = | 40,933.19 | ÷ | 3.5402 | = | $11,562.40 |
| Jul. 2020 (0.1084%) | - | + | 35,795.74 | = | 35,795.74 | ÷ | 3.5270 | = | $10,149.06 |
| Aug. 2020 (0.0997%) | - | + | 32,912.05 | = | 32,912.05 | ÷ | 3.5434 | = | $9,288.27 |

---

[1] The listed exchange rate represents the value of 1 U.S. Dollar in Peruvian soles at the end-of-period exchange rate published by the Central Reserve Bank of Peru for each stated month.
[2] The listed percentage indicates the interest rate applied, as agreed by the parties. *See* Dkt. 113, 114, 115, 116.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sep. 2020 (0.0957%) | - | + | 31,595.61 | = | 31,595.61 | ÷ | 3.5977 | = | $8,782.17 |
| Oct. 2020 (0.0920%) | - | + | 30,369.22 | = | 30,369.22 | ÷ | 3.6128 | = | $8,406.01 |
| Nov. 2020 (0.0881%) | - | + | 29,104.26 | = | 29,104.26 | ÷ | 3.6054 | = | $8,072.41 |
| Dec. 2020 (0.0840%) | - | + | 27,726.73 | = | 27,726.73 | ÷ | 3.6181 | = | $7,663.34 |
| Jan. 2021 (0.0792%) | - | + | 26,154.38 | = | 26,154.38 | ÷ | 3.6362 | = | $7,192.78 |
| Feb. 2021 (0.0760%) | - | + | 25,094.04 | = | 25,094.04 | ÷ | 3.6492 | = | $6,876.59 |
| Mar. 2021 (0.0742%) | - | + | 24,491.19 | = | 24,491.19 | ÷ | 3.7539 | = | $6,524.20 |
| Apr. 2021 (0.0741%) | - | + | 24,477.48 | = | 24,477.48 | ÷ | 3.7854 | = | $6,466.29 |
| May. 2021 (0.0717%) | - | + | 23,679.97 | = | 23,679.97 | ÷ | 3.8263 | = | $6,188.74 |
| Jun. 2021 (0.0681%) | - | + | 22,493.11 | = | 22,493.11 | ÷ | 3.8495 | = | $5,843.12 |
| Jul. 2021 (0.0654%) | - | + | 21,602.12 | = | 21,602.12 | ÷ | 4.0492 | = | $5,334.91 |
| Aug. 2021 (0.0635%) | - | + | 20,963.27 | = | 20,963.27 | ÷ | 4.0848 | = | $5,132.02 |
| Sep. 2021 (0.0649%) | - | + | 21,432.13 | = | 21,432.13 | ÷ | 4.1336 | = | $5,184.86 |
| Oct. 2021 (0.0682%) | - | + | 22,512.30 | = | 22,512.30 | ÷ | 3.9896 | = | $5,642.75 |
| Nov. 2021 (0.0763%) | - | + | 25,198.17 | = | 25,198.17 | ÷ | 4.0632 | = | $6,201.56 |
| Dec. 2021 (0.0859%) | - | + | 28,362.13 | = | 28,362.13 | ÷ | 3.9829 | = | $7,120.97 |
| Jan. 2022 (0.0932%) | - | + | 30,782.61 | = | 30,782.61 | ÷ | 3.8413 | = | $8,013.59 |
| Feb. 2022 (0.1087%) | - | + | 35,888.74 | = | 35,888.74 | ÷ | 3.7548 | = | $9,558.10 |
| Mar. 2022 (0.1218%) | - | + | 40,225.31 | = | 40,225.31 | ÷ | 3.6893 | = | $10,903.24 |
| Apr. 2022 (0.1307%) | - | + | 43,146.51 | = | 43,146.51 | ÷ | 3.8323 | = | $11,258.65 |
| May. 2022 (0.1537%) | - | + | 50,742.20 | = | 50,742.20 | ÷ | 3.7006 | = | $13,711.88 |
| Jun. 2022 (0.1727%) | - | + | 57,025.67 | = | 57,025.67 | ÷ | 3.8236 | = | $14,914.13 |
| Jul. 2022 (0.1898%) | - | + | 62,676.38 | = | 62,676.38 | ÷ | 3.9183 | = | $15,995.81 |
| Aug. 2022 (0.2049%) | - | + | 67,655.26 | = | 67,655.26 | ÷ | 3.8417 | = | $17,610.76 |
| Sep. 2022 (0.2164%) | - | + | 71,455.45 | = | 71,455.45 | ÷ | 3.9787 | = | $17,959.50 |
| Oct. 2022 (0.2281%) | - | + | 75,313.08 | = | 75,313.08 | ÷ | 3.9880 | = | $18,884.93 |
| Nov. 2022 (0.2422%) | - | + | 79,972.19 | = | 79,972.19 | ÷ | 3.8517 | = | $20,762.83 |
| Dec. 2022 (0.2459%) | - | + | 81,191.40 | = | 81,191.40 | ÷ | 3.8108 | = | $21,305.61 |
| Jan. 2023 (0.2620%) | - | + | 86,524.32 | = | 86,524.32 | ÷ | 3.8446 | = | $22,505.41 |
| Feb. 2023 (0.2746%) | - | + | 90,659.93 | = | 90,659.93 | ÷ | 3.8020 | = | $23,845.33 |
| Mar. 2023 (0.2843%) | - | + | 93,871.61 | = | 93,871.61 | ÷ | 3.7594 | = | $24,969.84 |
| Apr. 2023 (0.2962%) | - | + | 97,815.49 | = | 97,815.49 | ÷ | 3.7092 | = | $26,371.05 |
| May. 2023 (0.3070%) | - | + | 101,383.42 | = | 101,383.42 | ÷ | 3.6771 | = | $27,571.57 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jun. 2023 (0.3107%) | - | + | 102,579.49 | = | 102,579.49 | ÷ | 3.6251 | = | $28,297.01 |
| Jul. 2023 (0.3194%) | - | + | 105,449.66 | = | 105,449.66 | ÷ | 3.6083 | = | $29,224.20 |
| Aug. 2023 (0.3225%) | - | + | 106,496.23 | = | 106,496.23 | ÷ | 3.6935 | = | $28,833.42 |
| Sep. 2023 (0.3273%) | - | + | 108,077.92 | = | 108,077.92 | ÷ | 3.7898 | = | $28,518.11 |
| Oct. 2023 (0.3223%) | - | + | 106,425.92 | = | 106,425.92 | ÷ | 3.8349 | = | $27,751.94 |
| Nov. 2023 (0.3094%) | - | + | 102,173.61 | = | 102,173.61 | ÷ | 3.7345 | = | $27,359.38 |
| Dec. 2023 (0.2933%) | - | + | 96,859.54 | = | 96,859.54 | ÷ | 3.6934 | = | $26,225.04 |
| Jan. 2024 (0.2854%) | - | + | 94,237.39 | = | 94,237.39 | ÷ | 3.8012 | = | $24,791.48 |
| Feb. 2024 (0.2761%) | - | + | 91,166.86 | = | 91,166.86 | ÷ | 3.7783 | = | $24,129.07 |
| | | | | | | | **Aggregate Total** | | **$9,387,021.93** |

| Table 2: Total Costs, Damages, & Interest in U.S. Dollars Accrued Under the Second Award Through February 29, 2024 ||
|---|---|
| Costs | $1,162,255.77 |
| Table 1 Total Damages and Interest – Mar. 2019 Through Feb. 2024 | $9,387,021.93 |
| **Total** | **$10,549,277.70** |