**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Metropolitan Municipality of Lima, | ) ) ) | |
| *Petitioner*, | ) ) | |
| v. | ) ) | Case No. 20-CV-02155 (ACR) |
| Rutas de Lima S.A.C., | ) ) ) | |
| *Respondent*. | ) ) | |

|  |  |  |
|---|---|---|
| Metropolitan Municipality of Lima, | ) ) ) | |
| *Petitioner*, | ) ) | |
| v. | ) ) | Case No. 23-CV-00680 (ACR) |
| Rutas de Lima S.A.C., | ) ) ) | |
| *Respondent*. | ) ) | |

**DECLARATION OF MARÍA DEL CARMEN TOVAR IN SUPPORT OF
RUTAS DE LIMA S.A.C.'S OPPOSITION TO MML'S MOTION TO STAY
ENFORCEMENT PENDING APPEAL WITHOUT BOND**

I, María del Carmen Tovar, hereby declare as follows:

I am a Peru-qualified attorney with the Peruvian law firm Estudio Echecopar, a member firm of Baker & McKenzie International. I was counsel for Respondent Rutas de Lima S.A.C. ("Rutas") in the first and second arbitrations initiated by Rutas against the Metropolitan Municipality of Lima ("MML") on May 3, 2018 and March 18, 2019, respectively. I am also currently counsel for Rutas in the ongoing third arbitration between Rutas and MML, initiated on

1

December 29, 2022 (the "Third Arbitration").  I submit this declaration in support of Rutas'

opposition to MML's motion to stay enforcement pending appeal without bond.

Attached as **Exhibit 1** to this declaration is a true and correct copy of a webpage titled "La

Municipalidad no le paga a grupos criminales," available at https://cms.imedia.pe/2024/04/19/la-

municipalidad-no-le-paga-a-grupos-criminales/71717406/3338, which contains a video recording

of a public statement by MML's Mayor Rafael López Aliaga reported by Canal N on April 19,

2024, accompanied by an unofficial English translation of excerpts from the Mayor's statement.

Attached as **Exhibit 2** to this declaration is a true and correct copy of an April 25, 2024

post by MML's Mayor Rafael López Aliaga on Facebook, available at

https://www.facebook.com/RafaelLopezAliagaOficial/videos/1233646998018346/, accompanied

by an unofficial English translation.

Attached as **Exhibit 3** is a true and correct copy of a webpage titled "Entrevista al alcalde

de Lima, Rafael López Aliaga," available at https://cms.imedia.pe/2024/10/06/entrevista-al-

alcalde-de-lima-rafael-l-pez-aliaga/74147148/3353, which contains a video recording of an

interview given by MML's Mayor Rafael López Aliaga to Latina TV on October 6, 2024,

accompanied by an unofficial English translation of excerpts from the interview.

Attached as **Exhibit 4** is a true and correct copy of Prosecution Order No. 7 issued by the

Attorney General's Office of the Republic of Peru in prosecution File No. 249-2023, dated August

15, 2024, and a certified English translation.

Attached as **Exhibit 5** is a true and correct copy of Procedural Order No. 13 issued by the

tribunal in the Third Arbitration on May 23, 2024, and a certified English translation.

Attached as **Exhibit 6** is a true and correct copy of Municipal Order No. 2644 issued by

MML on August 9, 2024, and a certified English translation.

Attached as **Exhibit 7** is a true and correct copy of a webpage titled "Entrevista al alcalde de Lima Rafael López Aliaga," available at https://cms.imedia.pe/2024/04/24/entrevista-al-alcalde-de-lima-rafael-l-pez-aliaga/71785939/3338, which contains a video recording of an interview given by MML's Mayor Rafael López Aliaga to Canal N on April 24, 2024, accompanied by an unofficial English translation of excerpts from the interview.

Attached as **Exhibit 8** is a true and correct copy of the Republic of Peru's Supreme Decree No. 003-2020-JUS, issued on April 1, 2020, and an unofficial English translation.

Attached as **Exhibit 9** is a true and correct copy of the Republic of Peru's Legislative Decree No. 1071, in force since September 1, 2008, and an unofficial English translation.

Attached as **Exhibit 10** is a true and correct copy of a news article titled "Rafael López Aliaga se contradice: ahora niega que ofreció dinero para que se retire Rutas de Lima," published in La República, dated November 7, 2023, available at https://larepublica.pe/sociedad/2023/11/06/rafael-lopez-aliaga-se-contradice-ahora-niega-que-ofrecio-dinero-para-que-se-retire-rutas-de-lima-municipalidad-de-lima-fondo-brookfield-peajes-panamericana-norte-panamericana-sur-458340, and an unofficial English translation.

Attached as **Exhibit 11** is a true and correct copy of a news article titled "Alcalde de Lima acerca de laudo arbitral a favor de Lima Expresa: 'No le pagaremos nada a ningún delincuente,'" published in La Noticia, dated April 20, 2024, available at https://lanoticia.com.pe/alcalde-de-lima-acerca-de-laudo-arbitral-a-favor-de-lima-expresa-no-le-pagaremos-nada-a-ningun-delincuente/, and an unofficial English translation.

3

I declare under penalty of perjury of the laws of the United States that the foregoing is true
and correct.

Dated:  January 7, 2025                                  Respectfully submitted,
Lima, Peru

_____

María del Carmen Tovar

4