**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Metropolitan Municipality of Lima, | ) ) ) | |
| *Petitioner*, | ) ) | |
| v. | ) ) | Case No. 20-CV-02155 (ACR) |
| Rutas de Lima S.A.C., | ) ) ) | |
| *Respondent*. | ) ) | |
| Metropolitan Municipality of Lima, | ) ) ) | |
| *Petitioner*, | ) ) | |
| v. | ) ) | Case No. 23-CV-00680 (ACR) |
| Rutas de Lima S.A.C., | ) ) ) | |
| *Respondent*. | ) ) | |

**RUTAS DE LIMA S.A.C.'S OPPOSITION TO MOTION TO STAY JUDGMENT
ENFORCEMENT PENDING APPEAL WITHOUT A BOND**

**INDEX OF EXHIBITS TO
<u>DECLARATION OF MARÍA DEL CARMEN TOVAR</u>**

| Ex. | Document Description | Date |
|---|---|---|
| 1. | La Municipalidad no le paga a grupos criminales, Canal N, *available at* https://cms.imedia.pe/2024/04/19/la-municipalidad-no-le-paga-a-grupos-criminales/71717406/3338 | April 19, 2024 |
| 2. | Rafael López Aliaga Facebook Post, *available at* https://www.facebook.com/RafaelLopezAliagaOficial/videos /123646998018346/ | April 25, 2024 |
| 3. | Entrevista al alcalde de Lima, Rafael López Aliaga, Latina TV, *available at* https://cms.imedia.pe/2024/10/06/entrevista-al-alcalde-de-lima-rafael-l-pez-aliaga/74147148/3353 | October 6. 2024 |

1

| 4. | Prosecution Order No. 7 by Peruvian Attorney General's Office (File No. 249-2023) | August 15, 2024 |
|----|----|----|
| 5. | Third Arbitration Procedural Order No. 13 | May 23, 2024 |
| 6. | MML Municipal Order No. 2644 | August 9, 2024 |
| 7. | Entrevista al alcalde de Lima Rafael López Aliaga, Canal N, *available at* https://cms.imedia.pe/2024/04/24/entrevista-al-alcalde-de-lima-rafael-l-pez-aliaga/71785939/3338 | April 24, 2024 |
| 8. | Peruvian Supreme Decree No. 003-2020-JUS | April 1, 2020 |
| 9. | Peruvian Legislative Decree No. 1071 | September 1, 2008 |
| 10. | Rafael López Aliaga se contradice: ahora niega que ofreció dinero para que se retire Rutas de Lima, La República, *available at* https://larepublica.pe/sociedad/2023/11/06/rafael-lopez-aliaga-se-contradice-ahora-niega-que-ofrecio-dinero-para-que-se-retire-rutas-de-lima-municipalidad-de-lima-fondo-brookfield-peajes-panamericana-norte-panamericana-sur-458340 | November 7, 2023 |
| 11. | Alcalde de Lima acerca de laudo arbitral a favor de Lima Expresa: 'No le pagaremos nada a ningún delincuente,' La Noticia, *available at* https://lanoticia.com.pe/alcalde-de-lima-acerca-de-laudo-arbitral-a-favor-de-lima-expresa-no-le-pagaremos-nada-a-ningun-delincuente/ | April 20, 2024 |