# Exhibit 1



## La Municipalidad no le paga a grupos criminales



**Publicado el 19 de Abril de 2024**
**Emitido a las 04:26 PM**

por **Canal N**

A Media Tarde con Gunter Rave

Tweet
Like
Share
WhatsApp

⬜ Copiar link para compartir   Descargar

* Acerca de
*
*

En declaraciones, el alcalde de Lima, Rafael López Aliaga, comentó que el Municipio no le paga a los grupos criminales, en relación al tema de Línea Amarilla, Odebrecht y los peajes.

Video Player is loading.

Ver más
Play Video

Play

Mute

En declaraciones, el alcalde de Lima, Rafael López Aliaga, comentó que el Municipio no le paga a los grupos criminales, en relación al tema de Línea Amarilla, Odebrecht y los peajes.

Current Time 0:10

Mostrar Menos

Duration 2:06

Loaded: 87.50% 0.70%82 Valor estimado:

0:10   N/AAudiencia:

StreamMP4 FLIVEo:

# Unofficial English Translation

**0:52:**

"The Municipality does not pay criminal groups anything. What the Municipality is doing is that it has already begun an action in the United States, which is unlike here, where justice takes 7 years, a politicized justice and where a thief Mrs. Villarán confesses on Nicolás Luccar's program, where she said: I have stolen, I have received money from Odebrecht and the lady is still on the beach, in her pool . . . We are suing outside of Peru."

**1:45:**

". . . We will settle the score, no? With this criminal group led by Odebrecht and its accomplices, no?"