# Exhibit 2



# Unofficial English Translation

"We do not pay delinquents! 👆 We are requesting that Odebrecht and its accomplices pay 3500 million dollars in damages to Lima's most vulnerable residents who were affected by the corrupt tolls"