# Exhibit 3



## Entrevista al alcalde de Lima, Rafael López Aliaga



**Publicado el 6 de Octubre de 2024**
**Emitido a las 09:58 PM**

por **Latina TV**

Sin Medias Tintas – Canal 2

Tweet
Like
Share
WhatsApp

Copiar link para compartir   Descargar



El conductor Christian Hudtwalcker comentó sobre reportaje de Punto Final respecto del comunicado del MINSA a destiempo para lavarse la cara y que luego viene el tema del MIDIS que tiene a cargo el programa Qali Warma. En el tema de la falta de agua, Hudtwalcker dijo que el problema termina siendo un SEDAPAL que no se reforma y que sigue en manos de su sind...

Ver más

El conductor Christian Hudtwalcker comentó sobre reportaje de Punto Final respecto del comunicado del MINSA a destiempo para lavarse la cara y que luego viene el tema del MIDIS que tiene a cargo el programa Qali Warma. En el tema de la falta de agua, Hudtwalcker dijo que el problema termina siendo un SEDAPAL que no se reforma y que sigue en manos de su sindicato. El alcalde de Lima, Rafael López Aliaga, informó que en el partido Renovación Popular, cuentan con una escuela de formación política con la ideología social cristiana. Señaló que cuentan con equipos en cada departamento. López Aliaga afirmó que había 8 mil personas de más en la Municipalidad de Lima. Indicó que se enfocó en atender la problemática del hambre y que buscan combatir la anemia que padecen los niños. Asimismo, se refirió a la labor que realizan para llevar agua a las partes más altas y que se envía agua de

Streaming Type LIVE
Seek to live, currently behind liveLIVE
Remaining Time -32:32

1x
Playback Rate

Chapters
Chapters

Descriptions
descriptions off, selected

Captions
captions and subtitles off, selected

Audio Track

Mostrar Menos

Picture-in-Picture    Fullscreen

This is a modal window.

Beginning of dialog window. Escape will cancel and close the window.

Text
Descargar MP4
Color White    Transparency Opaque

Background
Color Black    Transparency Opaque

Window
Color Black    Transparency Transparent

Font Size
100%

Text Edge Style
None

Font Family
Proportional Sans-Serif

Reset restore all settings to the default values    Done

Close Modal Dialog

End of dialog window.

una bomba. Respecto a la próxima campaña electoral, López Aliaga consideró que el Jurado Nacional de Elecciones ha quedado desprestigiado y señaló que en las próximas elecciones congresales se juega el futuro del Perú. Subrayó que los mejores estudiantes de derecho deberían ser los que se conviertan en jueces o fiscales. López Aliaga resaltó la presencia de Julio Velarde en el BCR y resaltó otras entidades como la Superintendencia de Valores y la SBS. López Aliaga reconoció que es una opción poder participar en las elecciones del 2026 siempre y cuando las grandes obras estén encaminadas, las vías de transporte y el tema del hambre se encuentren resueltos. Indicó que tienen 5500 millones de soles en caja para la ejecución de la red de viaductos. López Aliaga informó que han logrado entrar a trabajar en la autopista Ramiro Prialé. Señaló que esta obra fue tras cejina a la ex alcaldesa Susana Villarán. Indicó que están llegando a Ñaña. Subrayó que lo que piense Rutas de Lima no le importa. Indicó que han llevado el caso a la justicia de Estados Unidos y que hay un estudio de abogados que está viendo el caso. Luego se refirió a Línea Amarilla y dijo que no deben subir el peaje y deben pagar una compensación. De otro lado, López Aliaga informó sobre el servicio que brindó el productor de Andrés Hurtado, José Malpartida, durante 4 años de coaching para los cuadros políticos del partido y que además había otros 3 proveedores. Subrayó que la ONPE tiene información desde hace 4 años. Por otra parte, López Aliaga comentó sobre el apoyo que brindaba a los casos sociales del programa del conductor de televisión, Andrés Hurtado y recordó que él realiza labores de voluntariado desde hace muchos años. López Aliaga cuestionó que otros involucrados en el caso de Hurtado no estén en su misma situación como los hermanos Siucho o la fiscal Peralta. Subrayó que no es juez para saber si Andrés Hurtado es culpable o inocente. Indicó que Hurtado es una persona que ha venido de muy abajo y que solo se agarran del personaje más mediático. Finalmente, López Aliaga consideró que sería mucho mejor que las competencias que tiene la ATU en materia de transporte retornen a la Municipalidad de Lima. Finalmente, López Aliaga rechazó que su partido sea aliado de la presidenta Dina Boluarte y que coordinan entre el partido y la bancada.

- S/. 1 579 907.88 Valor estimado:
- 1 178 100 Audiencia:
- MP4 Formato:
- 3262 sec Duración:
- Latina TV Medio:

- S/. 1 579 907.88 Valor estimado:
- 1 178 100 Audiencia:
- MP4 Formato:
- 3262 sec Duración:
- Latina TV Medio:

Videos relacionados

# Unofficial English Translation

**32:05:**

"[Interviewer:] Do you have a date for when, more or less, this case could be resolved?  Because in the arbitrations there have been some cases in which, yes, they have made us pay.  So what you are suggesting is that these arbitrations could also be set aside.

[Rafael Lopez Aliaga:] The Lima Muni[cipality], look, under my management I will not pay a single mango.  I do not pay delinquents, this is a principle that my father and mother taught me.

[Interviewer:] But there have been losses in arbitrations that were in their favor.

[Rafael Lopez Aliaga:] But we are still starting the game here, we have started an action for what Mr. Muñoz did to us, we have started actions in the United States, we have hired good lawyers, criminalists, prosecutors, former prosecutors.  The most litigious law firm of all, which has won all the cases, called Bo[ies], is litigating at this moment for Lima Muni[cipality].  So, let me work."