# Exhibit 6

# English Translation



**<u>CERTIFICATION</u>**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into English of the original document entitled "2024-08-09 - Ordenanza de MML sobre reanudacion de obras de Ramiro Priale," which was written in Spanish.

City of Buenos Aires, August 22, 2024.

THE TR COMPANY TRANSLATION SERVICES



_____

Cynthia Farber

Certified Translator

License recorded on Page 226:Book XV

Buenos Aires Translators' Association

CTPCBA No. 5402

Manuel Ugarte 2187 1º (C1428BSE) Buenos Aires, Argentina
(54.11) 4896 2693
info@thetrcompany.com - www.thetrcompany.com

Signed by: Editora
Peru
Date: 08-13-2024
12:17 a.m.

**El Peruano**

## LOCAL GOVERNMENTS

### METROPOLITAN MUNICIPALITY OF LIMA

**A municipal order declaring the intervention of the Ramiro Prialé metropolitan road to be a matter of Emergency and Metropolitan Interest, in order to guarantee the road's operability and safety for users**

### MUNICIPAL ORDER NO. 2644

of the MAYOR OF THE METROPOLITAN MUNICIPALITY OF LIMA

WHEREAS, at the special meeting of August 9, 2024, by virtue of its authority under Sections 9 and 40 of the Municipalities Charter, Law No. 27972, in accordance with the position stated by the Metropolitan Committee on Economic Affairs and Organization in Opinion No. 105-2024-MML/CMAEO and by the Metropolitan Committee on Legal Affairs in Opinion No. 124-2024-MML-CMAL, upon a unanimous vote and waiving the minutes approval procedure, the Lima Metropolitan Council approved the following

### MUNICIPAL ORDER DECLARING THE INTERVENTION OF THE RAMIRO PRIALÉ METROPOLITAN ROAD TO BE A MATTER OF EMERGENCY AND METROPOLITAN INTEREST, IN ORDER TO GUARANTEE THE ROAD'S OPERABILITY AND SAFETY FOR USERS

**Section 1.** The intervention of the Ramiro Prialé metropolitan road, which is currently under administration by the Metropolitan Municipality of Lima, is hereby DECLARED to be a matter of emergency and metropolitan interest, in order to guarantee the road's operability and safety for users.

**Section 2.** Empresa Municipal de Apoyo a Proyectos Estratégicos Sociedad Anónima - EMAPE S.A. is hereby AUTHORIZED, on orders from the Metropolitan Municipality of Lima, to undertake works on the Ramiro Prialé metropolitan road to guarantee the road's operability and safety for users; such works consist in:

ⁱ Improvement and expansion of the urban mobility service at the intersection of the Las Torres and Ramiro Prialé Avenues, through a bypass located in the District of Lurigancho - Chosica, in the Province and Department of Lima.

ⁱ Creation of the urban mobility service in the Huancayo Avenue and Unión Avenue section, in the District of Lurigancho - Chosica, in the Province and Department of Lima (paving of 4 kilometers of the Ramiro Prialé metropolitan road)

**Section 3.** The Oversight and Control Office is hereby INSTRUCTED to continue to pursue any possession defense and/or legal actions required in order to consolidate the Metropolitan Municipality of Lima's title to the land which is made the subject of the necessary expropriations and/or easements, in coordination with the Municipal Counsel's Office.

Signed by: Editora
Peru
**El Peruano**
Date: 08-13-2024
12:17 a.m.

**Section 4.** The Private Investment Promotion Office is hereby INSTRUCTED to continue the process of land release and regularization; expropriation of rights and/or establishment of easements and removal of any obstacles as necessary to guarantee the road's operability and safety for users, while safeguarding and protecting the Inca Road or Wari Ñam archeological zone from any construction impact.

**Section 5.** The Private Investment Promotion Office, in coordination with the Municipal Counsel's Office, is hereby INSTRUCTED to take all necessary action to demand that the "Vías Nuevas de Lima" project concessionaire refund and/or repay the money spent on the actions outlined in Section 2 of this municipal order.

**Section 6.** Within the framework of concurrent control regulations, the Institutional Control Office of the Metropolitan Municipality of Lima shall take the necessary actions within its scope of authority to ensure the enforcement of this municipal order.

## FINAL SUPPLEMENTARY PROVISIONS

**1.** The Metropolitan Mayor of Lima is hereby authorized to issue a municipal executive order enacting such supplementary and/or additional provisions as may be necessary for the proper implementation of this municipal order.

**2.** Empresa Municipal de Apoyo a Proyectos Estratégicos S.A. - EMAPE S.A. and the organic units of the Metropolitan Municipality of Lima are hereby authorized to resort to the direct emergency contracting procedure, as the targeted areas pose a serious risk due to the impossibility of using the Ramiro Prialé metropolitan road for emergency and disaster transit, all due to the concessionaire's failure to execute the infrastructure works.

**3.** The General Office of the Council's Secretariat is hereby instructed to publish this municipal order in the "El Peruano" Official Gazette, and the Digital Government Office is hereby instructed to publish this order on the Metropolitan Municipality of Lima's Standard Transparency Site at www.transparencia.munlima.gob.pe.

THEREFORE:

This order is to be recorded, notified, published, and enforced.

Lima, August 9, 2024

RAFAEL LÓPEZ ALIAGA CAZORLA

Mayor

**2314522-1**

# Spanish Original

**El Peruano** / Martes 13 de agosto de 2024    **NORMAS LEGALES**    **35**

## GOBIERNOS LOCALES

### MUNICIPALIDAD METROPOLITANA DE LIMA

**Ordenanza que declara en Emergencia y de Interés Metropolitano la intervención de la vía metropolitana Ramiro Prialé, a fin de garantizar la seguridad y transitabilidad de los usuarios de dicha vía**

#### ORDENANZA Nº 2644

EL ALCALDE DE LA MUNICIPALIDAD METROPOLITANA DE LIMA

POR CUANTO:

El Concejo Metropolitano de Lima, en sesión extraordinaria del 9 de agosto de 2024;

En uso de las facultades previstas según artículos 9 y 40 de la Ley Orgánica de Municipalidades Nº 27972; de conformidad con lo opinado por la Comisión Metropolitana de Asuntos Económicos y Organización en su Dictamen Nº 105-2024-MML/CMAEO y por la Comisión Metropolitana de Asuntos Legales a través del Dictamen Nº 124-2024-MML-CMAL; el Concejo Metropolitano de Lima, por unanimidad y con dispensa del trámite de aprobación del acta, aprobó la siguiente:

#### ORDENANZA QUE DECLARA EN EMERGENCIA Y DE INTERÉS METROPOLITANO LA INTERVENCIÓN DE LA VÍA METROPOLITANA RAMIRO PRIALÉ, A FIN DE GARANTIZAR LA SEGURIDAD Y TRANSITABILIDAD DE LOS USUARIOS DE DICHA VÍA

**Artículo 1.-** DECLARAR en emergencia y de interés metropolitano la intervención de la vía metropolitana Ramiro Prialé, que se encuentra bajo administración de la Municipalidad Metropolitana de Lima, a fin de garantizar la seguridad y transitabilidad de los usuarios de dicha vía.

**Artículo 2.-** AUTORIZAR a la Empresa Municipal de Apoyo a Proyectos Estratégicos Sociedad Anónima - EMAPE S.A. la intervención, por encargo de la Municipalidad Metropolitana de Lima, para la ejecución de obras en la vía metropolitana Ramiro Prialé, que garanticen la transitabilidad y seguridad de los usuarios, siendo estas:

• Mejoramiento y ampliación del servicio de movilidad urbana en la intersección de las avenidas Las Torres y Ramiro Prialé, a través de un bypass en el distrito de Lurigancho – Chosica, de la provincia y departamento de Lima.

• Creación del servicio de movilidad urbana en el tramo de la avenida Huancayo y la avenida Unión, en el distrito de Lurigancho – Chosica, de la provincia y departamento de Lima (asfaltado de 4 Kilómetros de la vía metropolitana Ramiro Prialé)

**Artículo 3.-** ENCARGAR a la Gerencia de Fiscalización y Control continuar con la defensa posesoria y/o acciones legales que fueran necesarias para consolidar la propiedad de la Municipalidad Metropolitana de Lima de los terrenos afectados por las expropiaciones y/o imposición de servidumbres que sean necesarios; en coordinación con la Procuraduría Pública Municipal.

**Artículo 4.-** ENCARGAR a la Gerencia de Promoción de la Inversión Privada continuar con las gestiones de liberación y saneamiento de áreas; expropiación de derechos y/o imposición de servidumbres, y levantamiento de interferencias que sean necesarios para garantizar la transitabilidad y seguridad de los usuarios; debiendo salvaguardar y proteger de cualquier impacto constructivo la zona arqueológica denominada: Camino Inca o Wari Ñam.

**Artículo 5.-** ENCARGAR a la Gerencia de Promoción de la Inversión Privada, en coordinación con la Procuraduría Publica Municipal realizar todas las acciones necesarias para requerirle al concesionario del proyecto "Vías Nuevas de Lima", el reembolso y/o recupero de los recursos ejecutados en las intervenciones señaladas en el artículo 2 de la presente ordenanza.

**Artículo 6.-** El Órgano de Control Institucional de la Municipalidad Metropolitana de Lima, en el marco de la normativa de control concurrente, efectuará las acciones, de acuerdo con su competencia, para velar por el cumplimiento de la presente ordenanza.

#### DISPOSICIONES COMPLEMENTARIAS FINALES

**Primera.-** Facúltese al Alcalde Metropolitano de Lima para que, mediante decreto de alcaldía, dicte las disposiciones complementarias y/o adicionales que fueran necesarias para la adecuada aplicación de lo dispuesto en la presente ordenanza.

**Segunda.-** Facúltese a la Empresa Municipal de Apoyo a Proyectos Estratégicos S.A. – EMAPE S.A. y a las unidades orgánicas de la Municipalidad Metropolitana de Lima emplear la causal de contratación directa de emergencia, al encontrarse las áreas de intervención en una situación de grave peligro por la imposibilidad de utilizar la vía metropolitana Ramiro Prialé para la atención de emergencias y desastres, ocasionado por la omisión de la concesionaria en la ejecución de las obras de infraestructura.

**Tercera.-** Encárguese a la Oficina General de la Secretaría del Concejo, la publicación de la presente ordenanza en el diario oficial "El Peruano" y a la Oficina de Gobierno Digital su publicación en el Portal de Transparencia Estándar de la Municipalidad Metropolitana de Lima: www.transparencia.munlima.gob.pe.

POR TANTO:

Regístrese, comuníquese, publíquese y cúmplase.

Lima, 9 de agosto de 2024

RAFAEL LÓPEZ ALIAGA CAZORLA
Alcalde

**2314522-1**

### MUNICIPALIDAD DE CARABAYLLO

**Prorrogan vigencia de la Ordenanza Nº 500-2024/MDC, que otorga Beneficios para el pago de las Deudas Tributarias y no Tributarias en el distrito de Carabayllo**

#### DECRETO DE ALCALDÍA
#### Nº 07-2024/MDC

Carabayllo, 31 de julio de 2024

VISTO: El Informe Nº 060-2024-GATR-MDC, emitido por la Gerencia de Administración Tributaria y Rentas; el Informe Nº 373-2024-MDC/GATR-SGREC, de la Subgerencia de Recaudación y Ejecutoría Coactiva; el Informe Nº 158-2024-GAJ/MDC, de la Gerencia de Asesoría Jurídica; y, el Memorando Nº 1343-2024-GM/MDC, emitido por la Gerencia Municipal, respecto a la prórroga de la Ordenanza Nº 500-2024/MDC.

CONSIDERANDO:

Que, el artículo 194° de la Constitución Política del Perú establece que "las Municipalidades Provinciales y Distritales son los órganos de Gobierno Local y tienen autonomía política, económica y administrativa en los asuntos de su competencia".