# Exhibit 7



## Entrevista al alcalde de Lima Rafael López Aliaga



**Publicado el 24 de Abril de 2024**
**Emitido a las 10:03 PM**

por **Canal N**

Mundos Paralelos

Tweet
Like
Share
WhatsApp

Copiar link para compartir  Descargar



El alcalde de Lima, Rafael López Aliaga, se pronunció sobre el arbitraje que perdió la Municipalidad de Lima contra la empresa Lima Expresa en el Tribunal de París y dijo que no iba a pagar a empresas que han robado e hizo mención de empresas que son corruptas como Odebrecht, OAS y sus cómplices. Precisó que han ido a Estados Unidos a contratar abogad...

Video Player is loading.

Play Video

Ver más

Play

Mute

Current Time  10:14

Duration 32:26

Loaded: 100.00%

00:51

10:14

El alcalde de Lima, Rafael López Aliaga, se pronunció sobre el arbitraje que perdió la Municipalidad de Lima contra la empresa Lima Expresa en el Tribunal de París y dijo que no iba a pagar a empresas que han robado e hizo mención de empresas que son corruptas como Odebrecht, OAS y sus cómplices. Precisó que han ido a Estados Unidos a contratar abogados internacionales que vean estos casos. Indicó que están pidiendo a Odebrecht una contrademanda por 3500 millones de dólares. Recordó que Susana Villarán admitió haber recibido una coima e hizo mención de su vinculación con el director de IDL Reporteros, Gustavo Gorriti. López Aliaga indicó que si se ratifica la corrupción de Villarán se cae el andamiaje de los peajes del norte y del sur. Cuestionó que estos peajes sean colocados en las zonas más pobres de Lima. Por otro lado, López Aliaga informó sobre la adquisición de 400

Stooonic Toyp: LIVE muchas de ellas están siendo entregadas a la Policía Nacional. De otra parte, López Aliaga se refirió al incendio que se produjo ayer en el Barrios Altos en el Cercado de Lima. Indicó que van a gestionar bombas para los bomberos voluntarios.

Seek to live, currently behind liveLIVE

Remaining Time -22:12

[Mostrar Menos](#)

1x

`Playback Rate`

- S/. 62 226.54 Valor estimado:
- N/AAudiencia:
- MP4 Formato:

`Chapters`

- Chapters
- 1946 sec Duración:
- Canal N Medio:

[Descargar MP4](#)

`Descriptions`

- descriptions off, selected

.

`Captions`

- S/. 62 226.54 Valor estimado:
- N/AAudiencia:
- captions and subtitles off, selected
- MP4 Formato:

`Audio Track`

- 1946 sec Duración:
- Canal N Medio:

`Picture-in-Picture`  `Fullscreen`

Videos relacionados



**Entrevista a Claudia Cajina, abogado procesalista** Exitosa TV - Lima - Exitosa Perú 24/04/24 06:04

# Unofficial English Translation

**<u>10:30:</u>**

"[Interviewer:] But already in the Federal Court of the District of Washington, on March 12, 2024, that court ratified the validity of the two international arbitration awards issued in the years 2020 and 2022, in favor of Rutas de Lima and against the Metropolitan Municipality of Lima.

[Rafael López Aliaga:] No, that is the arbitration route.  In the field of law, it is very broad.  In the field of law . . . We are using international law, civil and criminal, to demonstrate that there has been corruption or knowledge of corruption, knowledge of an illegal transaction of the proceeds of a bribe, that there has been an illicit purchase.  That is what is going to be demonstrated.  So that's the counterattack.  And another issue is that, look, [the] Muni[cipality of] Lima has every right to program those 30 million that you mention, but program them in time, they can program them over 100 years if necessary.  They have defense mechanisms against criminal gangs like this. . . . [I]t can be paid off in 100 years.  We can schedule the payment until the American justice system agrees with us."