# Exhibit 10

# Unofficial English Translation

Case 1:20-cv-02155-ACR   Document 134-12   Filed 01/07/25   Page 3 of 11

BETSSY CHÁVEZ    ANDREA VIDAL    VLADIMIRO MONTESINOS    DOLLAR IN PERU    PERUVIAN ARMY    PATRICIA BENAVIDES    SALARY INCREASE    AS

TODAY

---

**SOCIETY**                                                                07 NOV 2023 | 12:57 H

# Rafael López Aliaga contradicts himself: Now he denies that he offered money for Rutas de Lima to withdraw

Changed version. The burgomaster indicated, at first, that from the <u>Municipality of Lima</u> they are willing to pay the Brookfield fund so that they "leave" Peru. However, days later, he says that it is "false" what journalistic reports have evidenced.



Tolls in Panamericana Sur and Norte. Rafael López Aliaga said he was coordinating with the MEF on the case of Rutas de Lima. Photo: Composition of Jazmín Ceras/ La República

 Yessenia Coronel

Another questioning against him. <u>Rafael López Aliaga</u>, Mayor of Lima Metropolitana, contradicts himself and now denies the statements he issued about the Brookfield fund, majority shareholder of the concession <u>Rutas de Lima</u>, on Channel N, on Friday 11 August. In 'Mundo Paralelos', the burgomaster said that from the Municipality of Lima they were "willing to pay" so that the fund "leaves" Peru, in order to avoid a violent figure. However, in Willax, last Sunday 5 November, the leader of Popular Renewal denied "that he said it", despite the fact that this exists in journalistic reports.

Case 1:20-cv-02155-ACR Document 134-12 Filed 01/07/25 Page 4 of 11

"Who says that? I haven't said that, when have I said that, one of the many lies by this group. No, no, it's false," said López Aliaga after he was reminded of his words about Rutas de Lima. But exactly what did the mayor mention on Channel N and now denies?

Rafael López Aliaga contradicts himself: Now he denies that he offered money to get Rutas de Lima from



YOU CAN SEE: López Aliaga will travel to the U.S. for a presentation provided while Lima is experiencing a crisis due to insecurity

As it is recalled, the concessionaire Rutas de Lima is in charge of the tolls of the Pan American North and the Pan American South, so that, in this context, in order to withdraw from Peru, the mayor of Lima specified that he was coordinating with the Ministry of Economy and Finance (MEF) so that the money comes from the Municipality of Lima. The goal was one: "Not to create a violent figure and chaos."

"An offer is what is given, no more money can be given. This arises from something vitiated, but because of the issue of not creating a violent figure and chaos, we are willing to pay, to pay for them to leave (...) To my mind, they should not be paid anything, but I am coordinating with the MEF the most convenient exit and the money will leave the Municipality of Lima. We are in blue, in double A because of the surpluses of cash we have," said López Aliaga.

12/23/24, 1:57 PM
Case 1:20-cv-02155-ACR    Document 134-12    Filed 01/07/25    Page 5 of 11
Rafael López Aliaga contradicts himself: Now denies that he offered money to withdraw routes from Lima | Municipality of Lima |

López Aliaga on tolls: "I don't call this Rutas de Lima, I call them 'Ratas de Lima'"



YOU CAN SEE: Metro de Lima: minister of Transport announces new station to connect lines 1 and 2

## Rutas de Lima Case: MML hires law firm for 2,400,000 in less than 3 hours

The Metropolitan Municipality of Lima hired the law firm Curtis Mallet - Prevost, Colt & Mosle LLP for the amount of 2 million 400,000 for the defense of international arbitration initiated by Rutas de Lima. The call, submission of proposals and award of the good pro was carried out in only three hours. This process was developed through direct recruitment. The Republic contacted specialists who assured that there is no justification for the tender to be held in less than a day.

"There is no excuse to opt for direct hiring because the winning studio is not the only one that has the ability to take on the defense. We are not facing any emergency situation that warrants this process," said attorney Christian Castillo to this journal.

12/23/24, 1:57 PM

Rafael López Aliaga contradicts himself: Now denies that he offered money to withdraw routes from Lima | Municipality of Lima |

Case 1:20-cv-02155-AGB    Document 134-12    Filed 01/07/25    Page 6 of 11

Join the Whatsapp channel

**Topics**   | RAFAEL LÓPEZ ALIAGA  | MUNICIPALITY OF LIMA  | PANAMERICANA NORTE  | PANAMERICANA  SUR

## Subscribe to the newsletter

example@mail.com                                                                          Subscribe

mgid

# Spanish Original

Case 1:20-cv-02155-ACR   Document 134-12   Filed 01/07/25   Page 8 of 11

**SOCIEDAD**                                                                    07 NOV 2023 | 12:57 H

# Rafael López Aliaga se contradice: ahora niega que ofreció dinero para que se retire Rutas de Lima

Cambia de versión. El burgomaestre indicó, en un primer momento, que desde la Municipalidad de Lima están dispuestos a pagar al fondo **Brookfield** para que se "vayan" del Perú. Sin embargo, días después, dice que es "falso" lo que reportes periodísticos han evidenciado.



Peajes en Panamericana Sur y Norte. Rafael López Aliaga aseguró que estaba coordinando con el MEF sobre caso Rutas de Lima. Foto: composición de Jazmín Ceras/ La República

 Yessenia Coronel

Un cuestionamiento más en su contra. Rafael López Aliaga, alcalde de Lima Metropolitana, se contradice y ahora niega las declaraciones que emitió sobre el fondo Brookfield, accionista mayoritario de la concesión Rutas de Lima, en Canal N, el viernes 11 de agosto. En 'Mundo paralelos', el burgomaestre aseguró que desde la Municipalidad de Lima estaban "dispuestos a pagar" para que se "vaya" el fondo de Perú, a fin de evitar una figura violenta. Sin embargo, en Willax, el último domingo 5 de noviembre, el líder de **Renovación Popular** negó "que lo haya dicho", a pesar de que existen reportes periodísticos.

Case 1:20-cv-02155-ACR    Document 134-12    Filed 01/07/25    Page 9 of 11

"¿Eso quién lo dice? Yo no he dicho eso, cuándo he dicho eso, una de las tantas mentiras de ese grupo. No, no, **es falso**", precisó **López Aliaga** luego de que le recordaran sus palabras emitidas sobre Rutas de Lima. ¿Pero exactamente qué mencionó el alcalde en Canal N y que ahora niega?

Rafael López Aliaga se contradice: ahora niega que ofreció dinero para que se retire Rutas de



  **PUEDES VER:**  López Aliaga viajará a EE. UU. para ponencia provida mientras Lima vive crisis por inseguridad

Como se recuerda, la concesionaria **Rutas de Lima** tiene a su cargo los peajes de la **Panamericana Norte** y de la **Panamericana Sur**, por lo que, en ese contexto, a fin de que se retire del Perú, el alcalde de Lima precisó que estaba coordinando con el Ministerio de Economía y Finanzas (MEF) para que el dinero provenga de la Municipalidad de Lima. El objetivo era uno: **"No crear una figura violenta y de caos"**.

"Una oferta que es lo que da, no se le puede dar más plata. Esto parte de algo viciado, pero por el tema de no crear una figura violenta y de caos, pues estamos dispuestos a pagar, a pagar para que se vayan (...) A mi entender, no se le debe pagar nada, pero estoy coordinando el MEF la salida más conveniente y el dinero saldrá de la **Municipalidad de Lima.** Estamos en azul, en doble A por los excedentes de caja que tenemos", aseguró entonces López Aliaga.

12/23/24, 1:57 PM
Case 1:20-cv-02155-ACR   Document 134-13   Filed 01/07/25   Page 10 of 11

Rafael López Aliaga se contradice: ahora niega que ofreció dinero para que se retire Rutas de Lima | Municipalidad de Lima | fond…

López Aliaga sobre peajes: "Yo no llamo a esto Rutas de Lima, yo los llamo 'ratas de Lima'"



 **PUEDES VER:**  Metro de Lima: ministro de Transportes anuncia nueva estación para conectar Líneas 1 y 2

## Caso Rutas de Lima: MML contrata estudio de abogados por US$2.400.000 en menos de 3 horas

La Municipalidad Metropolitana de Lima contrató al estudios de abogado Curtis Mallet - Prevost, Colt & Mosle LLP por el monto de 2 millones 400.000 dólares para la defensa del arbitraje internacional que inició Rutas de Lima. La convocatoria, presentación de propuestas y otorgamiento de la buena pro se llevó a cabo en solo tres horas. Este proceso se desarrolló por medio de una contratación directa. La República se contactó con especialistas que aseguraron que no existe justificación alguna para que se realice la licitación en menos de un día.

"No hay excusa para optar por la contratación directa porque el estudio ganador no es el único que tiene la capacidad de asumir la defensa. **No estamos ante ninguna situación de emergencia** que amerite este proceso", refirió el abogado Christian Castillo a este medio.

Case 1:20-cv-03155-ACR   Document 134-13   Filed 01/07/25   Page 11 of 11

Únete al canal de Whatsapp

**Temas**   |   RAFAEL LÓPEZ ALIAGA   |   MUNICIPALIDAD DE LIMA   |   PANAMERICANA NORTE   |   PANAMERICANA SUR

## Suscríbete al boletín

| example@mail.com | Suscribirme |