# Exhibit 11

# Unofficial English Translation

Latest Politics

# Mayor of Lima on arbitration award in favor of Lima Expresa: "We will not pay anything to any criminal"

Editorial • April 20, 2024



**Rafael López Aliaga** indicated in the program Nunca es Tarde of RPP that he will not abide by the ruling of the Arbitral Tribunal of Paris that orders the commune to pay compensation of 30 million dollars to the concessionaire Lima Expresa SAC.

**"This contract is OAS, it is corrupt, it is Mrs. [Susana] Villarán. This is born out of a corrupt contract. This originates from a contract with bribes of Mrs. Villarán and OAS," said** the mayor of Lima.

"30 million dollars (...). **The Municipality of Lima is not going to pay anything to any criminal. Not to OAS nor to Odebrecht nor to the accomplices,"** the burgomaster said.

It should be noted that the capital city has requested the International Chamber of

Arbitration of Paris to cancel the contract with Lima Expresa, concessionaire in charge of La Via de Evitamiento and La Via Expresa Línea Amarilla, for an alleged act of corruption in the signing of the agreement.

**López Aliaga pointed out that the meaning of the ruling is that "Ms. Villarán has not been sentenced"** and that they are **appealing to the United States courts to fine Odebrecht, in addition to seeking compensation from OAS.**

"As justice in Peru is delayed so much, hopefully not for corruption as well, **what we are doing is going to the United States justice so that a fine is imposed on Odebrecht, its fellow Brookfield, who is the partner, and OAS,** we are asking for compensation," he said.

■il Post Views: 47

**#Lima expresses #Rafael López Aliaga**

**#Susana Villarán**

# Spanish Original

Lo último    Política

# Alcalde de Lima acerca de laudo arbitral a favor de Lima Expresa: "No le pagaremos nada a ningún delincuente"



Redacción    •  abril 20, 2024



**Rafael López Aliaga** indicó en el programa Nunca es tarde de RPP que no acatará el fallo del Tribunal Arbitral de París que ordena a la comuna el pago de una indemnización de 30 millones de dólares a la concesionaria Lima Expresa SAC.

**"Este contrato es OAS, es corrupto, es la señora [Susana] Villarán. Esto nace de un contrato corrupto. Esto se origina de un contrato con coima de la señora Villarán y OAS", expresó** el alcalde de Lima.

"30 millones de dólares (…). **La Municipalidad de Lima no va a pagarle nada a ningún delincuente. Ni a OAS ni a Odebrecht ni a los cómplices", sostuvo** el burgomaestre.



Cabe precisar, que la comuna capitalina solicitó a la Cámara Internacional de Arbitraje de Paris anular el contrato con Lima Expresa, concesionaria a cargo de la Vía de Evitamiento y la vía expresa Línea Amarilla, por un presunto acto de corrupción en la firma de dicho acuerdo.

**López Aliaga apuntó que el significado de dicho dictamen es que "la señora Villarán no ha sido sentenciada"** y que están **recurriendo a la justicia de Estados Unidos para que multen a Odebrecht, además de pedir una indemnización a OAS.**

"Como en el Perú se demora tanto la justicia, ojalá no sea por corrupción también, **lo que estamos haciendo es ir a la justicia de Estados Unidos para que le claven una multa tanto a Odebrecht, a su compinche Brookfield, que es el socio, y como a OAS**, estamos pidiendo una indemnización", destacó.

ıl Post Views: 47

#Lima Expresa    #Rafael López Aliaga

#Susana Villarán

