**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| _____ | ) | |
| Metropolitan Municipality of Lima, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Case No. 20-CV-02155 (ACR) |
| | ) | |
| Rutas de Lima S.A.C., | ) | |
| | ) | |
| *Respondent*. | ) | |
| _____ | ) | |
| _____ | ) | |
| Metropolitan Municipality of Lima, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Case No. 23-CV-00680 (ACR) |
| | ) | |
| Rutas de Lima S.A.C., | ) | |
| | ) | |
| *Respondent*. | ) | |
| _____ | ) | |

## [PROPOSED] ORDER

Upon consideration of the Metropolitan Municipality of Lima's motion to stay judgment enforcement pending appeal without bond ("Motion") (ECF 132), Rutas de Lima S.A.C.'s opposition to the Motion (ECF 134), and any replies and sur-replies thereto, it is on this _____ day of _____, 2025, hereby:

**ORDERED** that the Motion is **DENIED**.

_____
Honorable Ana C. Reyes
United States District Court Judge